# EXHIBIT A

| Location: | Department: | Email Address |
|---|---|---|
| Social Security No.: ███-██-0712 | Date of Hire: 8/20/1996 | Home Phone No. |

| Employee: CORY GORMAN | ☐ Full-Time ☐ Part-Time | Birth Date: ██/██/1967 | Sex: ☒ M ☐ F | Deduction Mode: ☐ 52 ☐ 26 ☐ 24 ☐ 20 ☐ 12 ☐ 11 ☐ 10 ☒ 24 |
|---|---|---|---|---|
| Home Address: (Street) 515 D1 SHADY PINE WAY | (City) WEST PALM BEACH | | (State) FL | (Zip) 33415- |

### SECTION B. LIFE INSURANCE
Complete Questions 1 through 8. Answers to these questions apply to both the Proposed Insureds and all Dependent Children for whom coverage is applied.

**1. Proposed Insured** | Birth Date | Age | Birth State | Height | Weight | Beneficiary / relationship

1  E☒ S☐ C☐ G☐   ☒M ☐F   CORY GORMAN — ██/██/1967   39   IL   70   259   BRETT GORMAN BROTHER(100%)

1a. E☐ S☐ C☐ G☐   ☐M ☐F

**2.** | Prop. Insured | UL | Term | Increase to Policy/Cert.# | HH/LTC | EOB | BRR | BRR/EOB | CIR | ADB | WP | OIT | OIT | Other Amount
1   ☒                ☒                          $
1a.                                             $

**3.** | Prop. Insured | Amount of Insurance | Amount Purchased by premium payment of | UL Death Benefit | EZ Value Weekly Increase – Duration

|  | | | Level Inc. | A | B | $1/yr-5 Years | $1/yr-10 Years | $2/yr-5 Years |
|---|---|---|---|---|---|---|---|---|
| 1 | $ 200000.00 | $ 66.65 | | ☒ | ☐ | ☐ | ☐ | ☐ |
| 1a. | $ | $ | | ☐ | ☐ | ☐ | ☐ | ☐ |

**4.** ☐ Children's Term Insurance Rider. (CT)  ☐ $5,000 ☐ $10,000. List all unmarried dependent children who are under age 19 and proposed for coverage. Children's Term Insurance Rider is part of the coverage on the life of ☐ Proposed Insured # 1 or ☐ Proposed Insured # 1a. Use remarks box or a separate sheet of paper, if necessary.

| Name | DOB | Relationship | Name | DOB | Relationship |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

|  |  | Proposed Insured #1 Yes / No | Proposed Insured #1a Yes / No | Dependent Children Yes / No |
|---|---|---|---|---|
| 5. | Will this insurance replace, in whole or in part, any life, accident and sickness, long-term care insurance or annuity? If yes, provide name of company, policy # and amount of insurance under "Remarks or Special Request." | ☐ / ☒ | ☐ / ☐ | ☐ / ☐ |
| 6. | Does anyone proposed for coverage smoke cigarettes or during the past 12 months has anyone proposed for coverage smoked cigarettes? | ☐ / ☒ | ☐ / ☐ | ☐ / ☐ |
| 7. | To the best of your knowledge and belief, is any person to be insured now disabled, been seen by a physician or treated in a medical facility, including a doctor's office, within the last 6 months for illness or disease (other than flu and colds)? | ☐ / ☒ | ☐ / ☐ | ☐ / ☐ |
| 8. | To the best of your knowledge and belief, have you or any person to be insured tested positive for exposure to the HIV infection or been diagnosed as having ARC or AIDS caused by HIV infection or other sickness or condition derived from such infection? | ☐ / ☒ | ☐ / ☐ | ☐ / ☐ |

If yes to either Question 7 or 8, or if Application is Simplified Issue, Complete Question 9.

| 9. | To the best of your knowledge and belief, has any person to be insured: | | | |
|---|---|---|---|---|
| | a) Had, within the past 5 years: heart disease; chest pains; high blood pressure; stroke; diabetes; cancer; tumor; kidney disease; blood disorder (excluding any testing for HIV antibodies); liver disease; lung disease; or other known health impairments that he/she has received medical treatment for? | ☐ / ☒  ☐ / ☒  ☐ / ☒ | ☐ / ☐  ☐ / ☐  ☐ / ☐ | ☐ / ☐  ☐ / ☐  ☐ / ☐ |
| | b) Within the past 10 years received medical treatment or counseling, or participated in a rehabilitation program, for alcohol or drug abuse? | | | |
| | c) Seen a licensed medical provider in the past 12 months for anything other than a routine physical examination? | | | |

**10. If you answered "Yes" to questions 7, 8 or 9 give details below:**

| Question | Person to whom it applies | Condition/Illness | Doctor's Name, Address, Phone |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C. CONDITIONAL AMENDMENTS TO APPLICATION                                                        Yes   No

I hereby authorize Trustmark to issue a lesser benefit amount of coverage than applied for if any of the proposed insureds are declined for the dollar amount applied for.    ☒   ☐

If any of the proposed insured for coverage are declined, then I here by authorize Trustmark to issue coverage on the remaining proposed insureds acceptable to Trustmark.    ☒   ☐

If coverage is not issued as initially applied for, I hereby authorize Trustmark to decrease or increase the premium

number shown above is correct; and (2) the IRS has not told me that I am subject to backup withholding. **I understand that: (1) the insurance will be effective on the date assigned by Trustmark; and (2) I must be actively at work at my employer named above on the date coverage becomes effective, to be eligible for insurance.** I understand that an illustration conforming to the Policy/Certificate as issued will be provided no later than at the time of Policy/Certificate delivery. Coverage is provided under a policy issued to a trust.

**Acknowledgment** - I have received and read a copy of the Company's Notices about: 1) Fair Credit Reporting Act; 2) the Medical Information Bureau; and 3) the Notice of Information Practices. **Trustmark Insurance Company is authorized to obtain an Investigative Consumer report on me. I understand that I may ask to be interviewed for this report. I understand the Policy/Certificate will be delivered to me via U.S. mail.**

**Authorization to Release Information** – I authorize the entities listed herein to give Trustmark Insurance Company, and through it, to its reinsures and the Medical Information Bureau any data or records in the entities possession about me or my mental or physical health. This applies to data or records about my spouse and any child proposed for insurance in this application. This authorization is for: any medical practitioner; hospital; clinic or other medically related facility; insurance company; the Medical Information Bureau; or other organization, institution, or person which may have information pertinent to determine my eligibility for insurance. This authorization is valid for two years and six months form the date of this authorization. A photographic or facsimile copy of this form will be as valid as the original. (The person who signs this form may have a copy of it upon request.)

**Agent's Statement:** To the best of your knowledge, will this insurance replace any existing life, accident and sickness, long-term care insurance or annuity?     ☐ Yes ☐ No(Proposed Insured #1)     ☐ Yes ☐ No(Proposed Insured #1a)

**Agent Certification:** I certify that no illustration was used in the sale of this life insurance Policy/Certificate.

**Any person who knowingly an with intent to injure, defraud or deceive any insurer files a statement of claim or application containing any false, incomplete or misleading information is guilty of a felony of the third degree.**

| LEILANI SABINE | | Signed at (city and state) ROYAL PALM BEACH, FL |
|---|---|---|
| Printed Name of Writing Agent | | (month/day/year) 10/23/2006 |
| X **Electronically Acknowledged** | Agent I.D. Number | **Electronically Acknowledged** X |
| Signature of Agent | | Signature of Owner |

**NOTICE OF POLICY/CERTIFICATE OWNER'S RIGHT TO DESIGNATE A SECONDARY ADDRESSEE**

Life Insurance covering a person 64 years of age or older or owned by a person 64 years of age or older, which has been in force for at least one year, cannot be canceled for nonpayment of premium unless notification of possible lapse in coverage is mailed to the owner and specified secondary addressee, if designated, at least 21 days prior to the effective date of cancellation.

You have the right to designate a secondary addressee to receive such notice and to change this designation annually. To designate a secondary addressee, please complete the following information.

| |
|---|
| Name of Secondary Addressee |
| Street Address Line 1 |
| Street Address Line 2 |
| City, State, Zip Code |

L-103 FL E R9-04

---

**Notice of Insurance Information Practices**

To issue an insurance policy we need to obtain information about you and any other person proposed for insurance. Some of that information will come from you and some will come from other sources. As part of our normal procedures for processing your application, an investigative consumer report may be prepared whereby information is obtained through personal interviews with your neighbors, friends or others with whom you are acquainted. This inquiry, if obtained, typically includes information as to your character, general reputation, personal characteristics and mode of living. You have a right of access and correction with respect to information collected about you. Address your request to receive additional information or a description of your rights to our Underwriting Department.

Information regarding your insurability will be treated as confidential. Trustmark Insurance Company or its reinsurers may, however make a brief report thereon to the Medical Information Bureau, a non-profit membership organization of life insurance companies which operates an information exchange on behalf of its members. If you apply to another Bureau member company for life or health insurance coverage, or a claim for benefits is submitted to such a company, the Bureau, upon request, will supply such company with the information in its file.

Upon receipt of a request from you, the Bureau will arrange disclosure of any information it may have in your file. If you question the accuracy of information in the Bureau's file, you may contact the Bureau and seek a correction in accordance with the procedure set for the in the Federal Fair Credit Reporting Act. The address of the Bureau's information office is Post Office Box 105, Essex Station, Boston, Massachusetts

**Beneficiary Comments: ;  Additional Contingent Beneficiaries for Proposed #1:LOUIS  GORMAN-FATHER(50%), ,SANDRA  GORMAN-MOTHER(50%),**
**Answer for AGENT QUESTION Question #99 for AGT:  N**
**Remarks for AGENT QUESTION Question #99 for AGT:  N**