# EXHIBIT B

**PUL ASSEMBLY INSTRUCTION SHEET**

INSURED: CORY GORMAN

AGENT NAME: FBMC BENEFITS MANAGEMENT

POLICY − LOB: JT1158 − 86

WES NAME : FBMC BENEFITS MANAGEMENT

ACCOUNT NUMBER: NC08820

WES NUMBER : NWB0N347

EFFECTIVE DATE: FEBRUARY 01, 2007

OWNER SSN:

POLICY FORM: 06640000

DEPT NO:

SERIES: 21

RELEASE DATE: 20061214

ISSUE STATE: FL

GROUP NAME: SCHOOL DIST OF PALM BEACH COUNTY

ASSOCIATION: 0000

APP BATCH ID: 2006307107

**Trustmark**
# Voluntary Benefit Solutions®

A Division of Trustmark Insurance Company
PO BOX 7937
LAKE FOREST IL 60045-7937

ADDRESS SERVICE REQUESTED

CORY GORMAN
515 D1 SHADY PINE WAY
WEST PALM BEACH FLORIDA 33415

CERTIFICATE NUMBER: JT1158

Dear CORY GORMAN:

Thank you for selecting Trustmark Insurance as your insurance carrier. We value your business and appreciate the opportunity to offer quality products for your insurance needs. Serving people is a Trustmark tradition that started in 1913.

Please review the enclosed insurance contract and Life Insurance Illustration and store them in a safe place for future reference.

We have enclosed two copies of your Life Insurance Illustration **Numeric Summary. Please sign and return one copy in the enclosed postage paid envelope.**

Trustmark promises you prompt, reliable service. If you have questions for our Customer Care Team, please call (866) 636-5525, fax us at (847) 615-4943, or e-mail us at PBSD@trustmarkins.com. If you have questions regarding claims, please call (877) 201-9373. Our staff is available to answer questions, make changes or perform any other related services you may need. If you prefer, you may visit our website at www.trustmarkins.com/customersolutions.

Be assured that Trustmark is committed to protecting your privacy, and we will treat your personal information with complete confidentiality. Enclosed is our Company statement regarding our privacy commitment.

Thank you for your confidence in us. We look forward to serving you for many years to come.

Sincerely,

Joseph L. Pray
President and Chief Executive Officer

Encl.

**TRUSTMARK INSURANCE COMPANY**
**400 Field Drive**
**Lake Forest, Illinois 60045**

### CERTIFICATE OF INSURANCE

This is Your Certificate of Insurance ("Certificate") while the Group Policy ("Policy") is in force. It explains the rights and benefits that are determined by the Policy. The Policy is a contract between the Policyholder and Us. The Policy is issued to the Group Voluntary Insurance Trust (MS) as Policyholder.

We will pay the Death Benefit Proceeds to the Beneficiary if the Insured dies prior to the Maturity Date and while this Certificate is in force. Payment will be made after We receive due proof of the Insured's death. We will pay the Cash Value of this Certificate to the Owner on the Certificate Maturity Date if the Insured is living on that date. Payment is subject to the terms of the Policy and this Certificate.

### NOTICE OF THIRTY DAY RIGHT TO EXAMINE

You may return this Certificate within thirty days after delivery if You are not satisfied with it for any reason. The Certificate may be returned to Us or to the agent through whom it was purchased. Upon surrender of the Certificate within the thirty day period, it will be void from the beginning, and We will refund any premium paid.

The provisions on the pages which follow are a part of this Certificate. This Certificate contains a summary of the terms of the Group Policy which is a legal contract between the Policyholder and Us. This Certificate is evidence of life insurance under the Group Policy and is subject to all of the terms and limits of the Group Policy and any amendments thereto.

### Read Your Certificate Carefully.

> **THE BENEFITS OF THE POLICY PROVIDING YOUR COVERAGE ARE GOVERNED PRIMARILY BY THE LAW OF A STATE OTHER THAN FLORIDA.**

Joseph L. Pray
President and Chief Executive Officer

Laura A. Derouin
Corporate Secretary

Flexible Premium Adjustable Life Insurance to Age 100. Adjustable Death Benefit Proceeds payable upon the Insured's death prior to the Maturity Date. Flexible premiums are payable during the lifetime of the Insured prior to age 100, and while the Certificate is in force. Accumulated Values and Cash Values are flexible and will be based on the amount and frequency of premiums paid, the Monthly Deduction, and the amount of interest credited. Participating.

VULFLCP40000

GUL-899                                       1

# TABLE OF CONTENTS

**PAGE**                                                          **PAGE**

SCHEDULE . . . . . . . . . . . . . . . . . . . . .   3
Insured
Age
Rate Class
Initial Face Amount
Death Benefit Option
Face Amount Increase
Percentage Rating Factor
Certificate Number
Certificate Date
Maturity Date
Regular Monthly Premium
Monthly Guarantee Premium
Monthly Guarantee Premium Expiry Date
Effective Date of Increase
Basic Certificate Data
Guaranteed Minimum Interest Rate
Monthly Administrative Fee
Partial Withdrawal Charge
Loan Interest Rate
Percentage Expense Charge
Surrender Charge

DEFINITIONS . . . . . . . . . . . . . . . . . . . .   5

DEATH BENEFIT. . . . . . . . . . . . . . . . . .   6
Death Benefit Proceeds
Death Benefit Amount
Minimum Death Benefit

CERTIFICATE CHANGES . . . . . . . . . . . .   6
Changing the Terms of Your Certificate
Increasing the Face Amount
Decreasing the Face Amount
Changing the Death Benefit Option

PREMIUMS AND GRACE PERIOD. . . . . . . .   7
Payment of Premiums
Unscheduled Premiums
Grace Period
Continuation of Coverage
Monthly Guarantee Premium
Reinstatement

CERTIFICATE VALUES. . . . . . . . . . . . . .   9
Accumulated Value
Cash Value

CERTIFICATE VALUES (continued)
Surrender Charge
Monthly Deduction
Monthly Cost of Insurance Rates
Interest Rate
Full Surrender
Partial Withdrawal
Payment of Cash Value Benefit
Coverage After Premium Payments
Are Discontinued
Basis of Computation
Dividends

LOANS . . . . . . . . . . . . . . . . . . . . . . . .  11
Loan Value
Loan Interest
How You May Repay a Loan
We Can Delay Payment
Obtaining a Loan

OWNER AND BENEFICIARY. . . . . . . . . .  12
Owner
Beneficiary
Change of Owner or Beneficiary
Common Disaster

GENERAL PROVISIONS . . . . . . . . . . . .  13
Assignment
Incontestability
Suicide Exclusion
Misstatement of Age and Corrections
Misstatement of Smoking
Entire Contract
Conversion Privilege
Conformity With State Statutes
Annual Report
Projection of Benefits and Values

SETTLEMENT OPTIONS . . . . . . . . . . . .  15

TABLE OF INSTALLMENTS UNDER
SETTLEMENT OPTIONS . . . . . . . . . . . .  17

MINIMUM DEATH BENEFIT TABLE . . . . . .  18

TABLES OF GUARANTEED MONTHLY
COST OF INSURANCE RATES . . . . . . . .  19

VULFLTC40000

**SCHEDULE**

| | |
|---|---|
| INSURED: CORY GORMAN | CERTIFICATE NUMBER: JT1158 |
| AGE: 39 | CERTIFICATE DATE: FEBRUARY 01, 2007 |
| RATE CLASS: PREFERRED | MATURITY DATE: FEBRUARY 01, 2068 |
| INITIAL FACE AMOUNT: $ 200,000 | REGULAR MONTHLY PREMIUM: $110.47 |
| DEATH BENEFIT OPTION: A | MONTHLY GUARANTEE PREMIUM: $133.30 |
| FACE AMOUNT INCREASE: | MONTHLY GUARANTEE PREMIUM EXPIRY DATE: FEBRUARY 01, 2017 |
| PERCENTAGE RATING FACTOR: 1.0500 | |

**OWNER AND BENEFICIARY AS DESIGNATED IN THE APPLICATION UNLESS SUBSEQUENTLY CHANGED AS HEREIN PROVIDED**

### BASIC CERTIFICATE DATA

| FORM NO. | BENEFIT | INITIAL PLANNED ANNUAL PREMIUM | EXPIRY DATE |
|---|---|---|---|
| GUL-899 | Flexible Premium Adjustable Life Ins. | $1,325.60 | FEBRUARY 01, 2068 |
| | Riders | | |
| | Home Health Care Benefit | $132.00 | FEBRUARY 01, 2068 |
| | Restoration/Extension of HHC Benefit | $142.00 | FEBRUARY 01, 2068 |
| | Total Initial Planned Premium | | |
| | Annual | $1,599.60 | |
| | Monthly | $133.30 | |
| | Initial Surrender Charge | $ 4,970.00 | |

**SCHEDULE (Continued)**

## IMPORTANT FINANCIAL INFORMATION

| | |
|---|---|
| GUARANTEED MINIMUM INTEREST RATE: | 4.0% COMPOUNDED YEARLY |
| MONTHLY ADMINISTRATIVE FEE: | $5.00 |
| PARTIAL WITHDRAWAL CHARGE: | $25.00 FOR EACH PARTIAL WITHDRAWAL |
| LOAN INTEREST RATE: | 8% COMPOUNDED YEARLY |
| PERCENTAGE EXPENSE CHARGE: | CERTIFICATE YEARS 1 THROUGH 10: |
| | 10.0% OF PREMIUM PAID UP TO THE REGULAR ANNUAL PREMIUM |
| | CERTIFICATE YEARS 11 AND AFTER: |
| | 6.0% OF PREMIUM PAID UP TO THE REGULAR ANNUAL PREMIUM. |

SURRENDER CHARGE: SHOWN AS A PERCENT OF THE INITIAL SURRENDER CHARGE

| CERTIFICATE YEAR | PERCENT |
|---|---|
| 1 | 84% |
| 2 | 83% |
| 3 | 82% |
| 4 | 81% |
| 5 | 80% |
| 6 | 78% |
| 7 | 75% |
| 8 | 70% |
| 9 | 60% |
| 10 | 50% |
| 11 | 40% |
| 12 | 30% |
| 13 | 20% |
| 14 | 10% |
| 15 | 0% |
| 16 | 0% |
| 17 | 0% |
| 18 | 0% |
| 19 | 0% |
| 20 | 0% |

VULFLSB40000

**DEFINITIONS**

**Age**: The Insured's age, last birthday, on the Certificate Date. The Age is shown on the Schedule.

**Attained Age**: The Insured's age, last birthday, as of the Certificate anniversary date.

**Beneficiary**: The person (or entity) named in the application, or later changed by You, who will receive the Death Benefit Proceeds upon the death of the Insured.

**Certificate Date**: The date of issue of this Certificate. It is also the date from which Certificate anniversaries, Certificate years and Certificate months are measured. It is shown on the Schedule.

**Death Benefit Proceeds**: The amount payable on the Insured's death.

**Initial Planned Premium**: The amount You selected to pay. This amount is shown on the Schedule.

**Insured**: The person whose life is insured under this Certificate on whose behalf an application is accepted and who on the date of application is:

- You;
- Your lawful spouse;
- Your grandchild under age 19;
- Your unmarried natural, step or adopted child under age 19; or
- Your unmarried natural, step or adopted child age 19 and under age 24 if the child is:
- A full-time student at an accredited educational institution; and
- Dependent upon You for support and maintenance.
- A child You will be adopting pursuant to an interim court of adoption.

Insured does not include:
- a foster child or
- a child, grandchild or spouse who lives outside the United States.

The Insured is shown on the Schedule.

**Maturity Date**: The Certificate anniversary on which the Insured attains age 100. It is shown on the Schedule. If the Insured is living and this Certificate is in force on that date, the Cash Value will be payable.

**Monthly Deduction Day**: The same day each month as the Certificate Date.

**Net Amount at Risk**: The net amount of insurance protection provided on a monthly basis.

Under Death Benefit Option A, the Net Amount at Risk is the greater of:
- The Face Amount divided by the sum of 1 plus the monthly compound equivalent of the Guaranteed Interest Rate, less the Accumulated Value; or

- The Minimum Death Benefit divided by the sum of 1 plus the monthly compound equivalent of the Guaranteed Interest Rate, less the Accumulated Value.

Under Death Benefit Option B, the Net Amount at Risk is the greater of:
- The Face Amount divided by the sum of 1 plus the monthly compound equivalent of the Guaranteed Interest Rate, or

- The Minimum Death Benefit divided by the sum of 1 plus the monthly compound equivalent of the Guaranteed Interest Rate, less the Accumulated Value.

**Regular Monthly Premium**: The amount which is the basis for determining expense charges. It is shown on the Schedule.

You and Your: The Owner of this Certificate. The Owner is as shown in the application unless later changed as provided in this Certificate. The Owner may be someone other than the Insured. In the application, the words "You" and "Your" refer to the proposed insured person(s).

**We, Us, and Our**: Trustmark Insurance Company.

VULFLDF00200

## DEATH BENEFIT

### Death Benefit Proceeds

If the Insured dies prior to the Maturity Date and while this Certificate is in force, We will pay the Death Benefit Proceeds to the Beneficiary. The Death Benefit Proceeds will be subject to:

- The Death Benefit Option in effect on the date of death;
- Any increases or decreases made to the Initial Face Amount; and
- Any outstanding Certificate loan.

The Death Benefit Option and Initial Face Amount are shown on the Schedule. Guidelines for changing the Death Benefit Option or the Face Amount will be found in the section entitled **CERTIFICATE CHANGES**.

### Death Benefit Amount

The Death Benefit Amount is determined as follows:

Under Death Benefit Option A, the Death Benefit Amount is the greater of:

- The Face Amount on the date of death; or
- The Minimum Death Benefit.

Under Death Benefit Option B, the Death Benefit Amount is the greater of:

- The Face Amount plus the Accumulated Value on the date of death; or
- The Minimum Death Benefit.

The Death Benefit Option which You have chosen is shown on the Schedule.

### Minimum Death Benefit

The Minimum Death Benefit is determined each month as factor times the Accumulated Value. The factor varies by the Attained Age of the Insured. The factor is shown on the Minimum Death Benefit Table.

VULXXDB40000

## CERTIFICATE CHANGES

### Changing the Terms of Your Certificate

You may request Certificate changes at any time. The types of changes allowed are explained below. We will amend Your Certificate to show the effective date of any changes.

Any change in Your Certificate must be approved by one of Our officers. No agent has the authority to make any changes or waive any of the terms of Your Certificate.

### Increasing the Face Amount

We will require a supplemental application and evidence of insurability satisfactory to Us for any increase in the Face Amount. An increase will be effective on the Monthly Deduction Day on or next following the date the application for increase is approved by Us, whichever is earlier.

A decrease in the Face Amount will become effective on the Monthly Deduction Day following Our receipt of the request. Any such decrease will be applied in the following order:

1.   Against the Face Amount provided by the most recent increase;
2.   Against the next most recent increases successively;
3.   Against the Face Amount provided under the original application.

For any decrease:

1.   The Death Benefit Amount remaining must be as great as the Minimum Death Benefit; and
2.   The Face Amount must be at least $5,000 or the Face Amount purchased by $3.00 weekly, if greater.

Any decrease in the Face Amount will be subject to a pro rata Surrender Charge.

**Changing the Death Benefit Option**

You may request a change in the Death Benefit Option. If You request a change from:

•   Option A to Option B: The new Face Amount will be the Death Benefit Amount less the Accumulated Value as of the effective date of the change, but not less than zero.
•   Option B to Option A: The new Face Amount will be the Death Benefit Amount as of the effective date of the change.

We may require evidence of insurability for a change in the Death Benefit Option if the Net Amount at Risk is being changed. The change will go into effect on the Monthly Deduction Day following the date We receive Your request for change, subject to Our approval of the change.

VULFLCC40000

## PREMIUMS AND GRACE PERIOD

**Payment of Premiums**

Your first premium is due as of the Certificate Date. While the Insured is living, premiums after the first must be paid at Our home office. Premiums are payable monthly, or at any other frequency We may arrange with Your employer. The payment mode is subject to Our minimum premium requirements as of the Certificate Date. A premium receipt will be furnished upon request.

All premiums are payable in advance. Premium payments are flexible. This means You may choose the amount and frequency of payments.

The actual amount and frequency of premium payments will affect the Cash Value and the amount and duration of insurance. Please refer to the section entitled **CERTIFICATE VALUES** for a detailed explanation.

**Unscheduled Premiums**

You may pay premiums at any time before the Maturity Date. We may limit the number and amount of premiums.

**Grace Period**

This Certificate will enter the Grace Period if the Cash Value is insufficient to pay the Monthly Deduction. Once entered, this Certificate will remain in force for the 62-day Grace Period. The Grace Period allows You to pay all past due Monthly Deductions and loan interest charges. There is no Grace Period for the initial Monthly Deduction.

If the required premium is not paid by the end of the Grace Period, this Certificate will terminate without value. However, We will give You at least 31 days notice, prior to termination, that Your Certificate is in the Grace Period. We will advise You of the amount of premium required to keep Your Certificate in force. Such 31 days prior notice will be sent to You at Your last known address and to any assignee of record if death occurs during the Grace Period. Monthly Deductions through the Certificate month in which death occurred will be deducted from the Death Benefit Proceeds.

If a surrender request is received within 32 days after the Grace Period commences, the Cash Value payable will not be less than the Cash Value on the Monthly Deduction Day the Grace Period started. The Monthly Deduction for the Certificate month following such Monthly Deduction Day will not be subtracted in the calculation of such Cash Value.

## Continuation of Coverage

This Certificate will continue in force until the Cash Value on any Monthly Deduction Day (before subtracting the Monthly Deduction) is less than the Monthly Deduction due. At that time, this Certificate will continue to provide coverage according to the Grace Period provision. However, this Certificate will not continue past the Maturity Date.

## Monthly Guarantee Premium

This Certificate will not terminate before the Monthly Guarantee Premium Expiry Date if on each Monthly Deduction Day before the Monthly Guarantee Premium Expiry Date, the sum of premiums paid equals or exceeds:

- The sum of the Monthly Guarantee Premiums for each month from the date they began, including the current month, plus
- Any Partial Surrenders and any increase in the loan amount since the start of the period for which the Monthly Guarantee Premium is required.

The initial Monthly Guarantee Premium and Monthly Guarantee Expiry Date are shown on the Schedule.

The Monthly Guarantee Premium and the Monthly Guarantee Premium Expiry Date will be adjusted if any of the following occur:

- A supplemental benefit is added, terminated, increased or decreased.
- The Face Amount is increased.
- The Certificate is reinstated.

The adjusted Monthly Guarantee Premium will be required on the effective date of the change. The adjusted Monthly Guarantee Premium and the adjusted Monthly Guarantee Expiry Date will be shown on an endorsement to the Certificate.

## Reinstatement

A Certificate which terminates in accordance with the Grace Period provision may be reinstated if it has not been surrendered for its Cash Value. To reinstate means to put back in force on a premium paying basis. We will reinstate this Certificate if We receive:

- Your written request within 5 years after the end of the Grace Period and before the Maturity Date; and
- Evidence of good health and insurability of the Insured satisfactory to Us; and
- Payment of enough premium to cover the next two Monthly Deductions; and
- Payment or reinstatement of any loan with interest from the date of default.

The reinstated Certificate will be in force from the Monthly Deduction Day on or following the date We approve the application to reinstate.

The period of time during which this Certificate was lapsed will be ignored. No premium will be due for this period. This period will not be included for purposes of determining Certificate years. The length of any remaining period during which a Surrender Charge will apply, and the amount of any such Surrender Charge, will be the same on the date of reinstatement as on the date of lapse.

The Accumulated Value at the time of the reinstatement will be:

- The Surrender Charge at the time of lapse; plus
- Any net premium paid; plus
- Any loan repaid or reinstated; less
- The Monthly Deduction for one month.

If a person other than the Insured is covered by an attached rider, coverage will be reinstated according to that rider.

VULXXPP40000

# CERTIFICATE VALUES

## Accumulated Value

The Accumulated Value as of the Certificate Date is the net premium received less the Monthly Deduction for the first Certificate month. This net premium equals the premium paid minus the Percentage Expense Charge shown on the Schedule.

On each Monthly Deduction day after the Certificate Date, We will determine the Accumulated Value as follows:

- First, We will take the Accumulated Value as of the last deduction date; and
- Add the interest earned for the month on the excess of the Accumulated Value on the last deduction day over any Partial Surrenders made since the last deduction day; and
- Add all net premiums received since the last deduction day; and
- Subtract any Partial Surrenders made since the last deduction day; and
- Subtract the Monthly Deduction for the Certificate month following the Monthly Deduction Day. (See the provision captioned **Monthly Deduction**).

The Accumulated Value on any day other than a deduction day will be:

- The Accumulated Value as of the last deduction day; less
- Any Partial Surrenders paid since the last deduction day; plus
- All net premiums received since the last deduction day.

## Cash Value

The Cash Value of this Certificate will be equal to the Accumulated Value less:

- The Surrender Charge, if any; and
- Any indebtedness.

## Surrender Charge

Surrender Charges for the Initial Face Amount will apply during the first 19 Certificate years. The Surrender Charge in each Certificate year is the lesser of:

- The Accumulated Value; and
  - The Initial Surrender Charge multiplied by the Percentage of Initial Surrender Charge applicable to the Certificate year. The Initial Surrender Charge and Percentage of Initial Surrender Charge are shown on the Schedule.

Surrender Charges for any increases in Face Amount will apply during the first 19 years of such increase. You may make a request for surrender at any time during the Insured's lifetime before the Maturity Date. Your Certificate will terminate on the Monthly Deduction Day on or next following the date We receive the request for full surrender.

**Monthly Deduction**

The Monthly Deduction is equal to the Net Amount at Risk multiplied by (a), plus (b) plus (c). Where: (a) is the Monthly Cost of Insurance Rate per $1,000 of Net Amount at Risk divided by 1,000; and (b) any Monthly Rider Deductions; and (c) is the Monthly Administrative Fee shown on the Schedule.

**Monthly Cost of Insurance Rates**

At the beginning of each Certificate year, the Monthly Cost of Insurance Rate is determined based on the Insured's Attained Age, Rate Class, and Certificate year. For the Initial Face Amount, We will use the Rate Class on the Certificate Date. For each increase, We will use the Rate Class applicable to the increase. If Death Benefit Option B is in effect, any increase in Accumulated Value will cause an automatic increase in the Death Benefit Amount. The Rate Class for such increase will be the same as that used for the most recent increase that required proof that the Insured was insurable by Our standards.

The Monthly Cost of Insurance Rates will never exceed the amount (a) times (b), where: (a) is the Guaranteed Monthly Cost of Insurance Rates shown on page 17; and (b) is the Percentage Rating Factor, if any, shown on the Schedule.

Such rates will never be changed to recover losses incurred nor to distribute gains realized by Us prior to the date of change. Any change in the Cost of Insurance Rates will apply to all persons of the same age and classification whose Certificates have been in force for the same length of time.

**Interest Rate**

The interest rate used in calculating the Accumulated Value is guaranteed never to be less than the Guaranteed Minimum Interest Rate shown on the Schedule. Interest in excess of the Guaranteed Minimum Interest Rate may be credited at a rate and in a manner that We determine.

**Full Surrender**

You may return Your Certificate to Us and request the Cash Value. The Cash Value will be calculated as of the day We receive Your request. If surrender takes place within 31 days after a Certificate anniversary, the Cash Value will not be less than Cash Value on such anniversary.

**Partial Withdrawal**

At any time after the first Certificate year, You may request withdrawal of a portion of the Cash Value. Only one Partial Withdrawal will be allowed during each Certificate year. Your request must be made prior to the Maturity Date during the Insured's lifetime. Each Partial Withdrawal must be at least $100. A Partial Withdrawal Charge, as shown on the Schedule, will be deducted each time a Partial Withdrawal is made. We will not permit a Partial Withdrawal to reduce the Cash Value below a sum equal to two Monthly Deductions.

A Partial Withdrawal will result in a reduction of the Cash Value, Accumulated Value and the Death Benefit Amount by the amount of such Partial Withdrawal. The reduced Death Benefit Amount will be determined in accordance with the Death Benefit Option provision. If You have Death Benefit Option A, the Face Amount will be reduced by the amount of the Partial Withdrawal. The reduced amount will never be less than zero. The Death Benefit Amount remaining after this reduction must be no less than the Minimum Death Benefit.

**Payment of Cash Value Benefit**

We can delay payment of Cash Values for up to six months or the period allowed by law, whichever is less. However, We cannot delay payment of a Partial Withdrawal if the amount is to be used to pay a premium to Us.

**Coverage After Premium Payments Are Discontinued**

Nonforfeiture Benefits: If the accumulation of premium paid is less than the accumulation of Regular Monthly Premium due plus the rider premium due, coverage shall automatically convert to Reduced Paid-up Coverage as described herein.

We will use the Cash Value to buy level paid-up whole life insurance. The amount bought may not exceed the Face Amount of the policy plus the amount of any paid-up additions. Any excess Cash Value will be paid in cash.

Reduced Paid-up Coverage will be based on the Accumulated Value on the date coverage is converted to Reduced Paid-up Coverage, less the applicable Surrender Charge, divided by the appropriate factor, based on Attained Age, from the Minimum Life Benefit Table, then multiplied by 1000. The Minimum Life Benefit Table factors are calculated using 100% of 1980 CSO Mortality Table at 4% interest rate. Reduced Paid-up Coverage shall continue in force until the earlier of the Insured's date of death or the Maturity Date.

**Basis of Computation**

Minimum Cash Values are based on the Guaranteed Monthly Cost of Insurance Rates shown in this Certificate and the Guaranteed Minimum Interest Rate shown on the Schedule. All values of this Certificate are at least as great as the minimums set by the laws of the state in which this Certificate is issued. If required, We have filed a detailed statement of Our method of computing Cash Values with the insurance supervisory body of such state.

**Dividends**

We will determine the dividend, if any, for this Certificate each year and credit it to this Certificate on the first day of the next Certificate year. This Certificate must be in force for a dividend to be credited to it.

We expect dividends, if any, to be small in amount and to accrue, if at all, in the later Certificate years. Each dividend will be added to the Accumulated Value unless the Owner requests payment in cash.

VULFLCV40000

## LOANS

**Loan Value**

You may borrow from Us any time while this Certificate is in force an amount which is equal to or less than the loan value. The loan value will be the Cash Value less:

- Any prior outstanding loan;
- Interest on the amount to be borrowed to the next Certificate anniversary; and
- Each Monthly Deduction to the Certificate anniversary.

**Loan Interest**

The interest rate that will be charged for Certificate loans is shown on the Schedule. Interest accrues daily. The Certificate loan balance on any date is the amount of the loan outstanding plus interest accrued to that date. Certificate loan interest is due each year on the first day of the Certificate year. If the interest is not paid when due, it will be added to this Certificate loan balance and incur interest charges.

**How You May Repay a Loan**

You may repay part or all of a loan at any time, except that:

- Repayment may be made only while this Certificate is in force and prior to the death of the Insured; and
- A partial repayment must be at least $10.00.

At any time Your loan exceeds the Cash Value, this Certificate will lapse. However, at least 31 days' prior notice must be mailed by Us to Your last known address and to any assignee of record prior to lapse.

**We Can Delay Payment**

We can delay loaning You money for up to six months, or the period allowed by law, whichever is less. However, We cannot delay loaning You money if the amount is to be used to pay a premium to Us.

**Obtaining a Loan**

You may obtain a loan by written request and assignment of this Certificate as sole security for the loan.

VULFLLP40000

## OWNER AND BENEFICIARY

**Owner**

The Insured is the original Owner of this Certificate unless someone else is shown as Owner in the application. Ownership may be changed in accordance with the provisions captioned **Change of Owner or Beneficiary**. During the Insured's lifetime, the Owner may exercise every right this Certificate gives or We allow. If the Owner dies during the lifetime of the Insured, the Insured will become the Owner. All changes are subject to the rights of any assignee of record, and to any endorsement on this Certificate limiting such rights.

**Beneficiary**

The Beneficiary named in the application, or later changed by You, will receive the Death Benefit Proceeds upon the death of the Insured. Unless you have stated otherwise, if any Beneficiary dies before the Insured, that Beneficiary's interest will pass to any other Beneficiaries according to their respective interest. If no Beneficiary survives the Insured, the Death Benefit Proceeds will be paid to You as Owner if You are then living; otherwise the Death Benefit Proceeds will be paid to the Insured's estate.

**Change of Owner or Beneficiary**

You may change the Owner or the Beneficiary at any time during the lifetime of the Insured, unless the previous designation provides otherwise. To do so, send a written request to Our home office in a form acceptable to Us. The change will go into effect when We have recorded the change. However, after the change is recorded, it will be deemed effective as of the date of Your written request for change. The change will be subject to any payment made or action taken by Us before the request is recorded.

**Common Disaster**

If We cannot determine whether a Beneficiary or the Insured died first in a common disaster, We will assume that the Beneficiary died first. The Death Benefit Proceeds will be paid on this basis unless an endorsement to this Certificate provides otherwise.

VULXXOBP40000

**GENERAL PROVISIONS**

### Assignment

During the lifetime of the Insured You may assign this Certificate as security for an obligation. We will not be bound by an assignment unless it is received in writing at Our home office in a form acceptable to Us. Two copies of the assignment must be submitted. We will retain one copy and return the other. We will not be responsible for the validity of any assignment.

### Incontestability

We rely on the statements made in the application for coverage described in this Certificate and application for any reinstatements or increases in Face Amount. These statements, in the absence of fraud, are considered representations and not warranties. No statement may be used in defense of a claim under this Certificate unless it is in such applications.

We will not contest payment of the Death Benefit Amount after this Certificate has been in force during the Insured's lifetime for two years from the Certificate Date, except for fraudulent misrepresentation in the application.

We will not contest payment of any Death Benefit Amount represented by an increase in the Face Amount after such increase had been in effect during the Insured's lifetime for two years, except for fraudulent misrepresentation in the application.

We will not contest payment of any Death Benefit Amount which was reinstated after this Certificate has been in force during the Insured's lifetime for two years from the date of such reinstatement, except for fraudulent misrepresentation in the application.

We can contest a reinstatement or an increase in Fact Amount only on the basis of the information furnished in the application for such reinstatement or increase.

### Suicide Exclusion

If the Insured commits suicide, while sane or insane, within two years from the Certificate Date, We will limit the Death Benefit Proceeds to the premiums paid less any loans and less any Partial Withdrawals paid. If the Insured commits suicide, while sane or insane, within two years after the effective date of any increase in the Face Amount or any reinstatement, the Death Benefit Proceeds will be the costs of insurance associated with each increase or the reinstatement.

When the laws of the state in which this Certificate is delivered require less than this two–year period for the suicide exclusion to apply, such period will be as stated in such laws.

### Misstatement of Age and Corrections

If there is a misstatement of age in the application, the Death Benefit Amount will be that which would be purchased by the most recent mortality charge at the correct age.

If We make any payment or Certificate changes in good faith, relying on Our records, or evidence supplied to Us, Our duty will be fully discharged. We reserve the right to correct any errors in this Certificate.

### Misstatement of Smoking

If the usage of cigarettes is misstated, coverage will be rescinded as of the Certificate Date.

### Entire Contract

We have issued this Certificate in consideration of the application and payment of premiums. The Policy, this Certificate, the application for it, any riders, and any application for an increase in Face Amount constitute the entire contract. Any application for reinstatement will become part of the contract of reinstatement and of this Certificate. The Certificate may be changed by mutual agreement. Our agents have no authority to alter or modify any terms, conditions, or agreements of this Certificate, or to waive any of its provisions.

**Conversion Privilege**

If the Policy terminates or the Insured's eligibility under the Policy ends, the Insured shall be entitled to have issued to him, without evidence of insurability, an individual policy of life insurance without any riders. The new policy shall not exceed:

- The amount of life insurance in force for the Insured at termination. This amount will be reduced by any amount for which he becomes eligible, within 31 days after termination, under any group life coverage issued by Us or any other insurer.

The new policy will be issued as follows:

- It will be any form of life insurance policy, except term insurance or a policy with disability benefits, We then have available for conversion.
- Evidence of insurability will not be required.
- The premium for the new policy will be based on the same class of risk as this Certificate, the age of the Insured at the time of conversion, and the form and amount of coverage provided.
- The new policy will take effect at the end of the 31 day period for this conversion.
- The new policy shall be in place of all coverage under this Certificate.

An Insured must take the following steps to convert:

- Make written application to Us at Our home office within 31 days after the date coverage under this Certificate ends.
- Pay, within such 31 days, the first premium for the new policy.

An Insured has coverage during the 31 day period for conversion. The amount of such coverage is the amount that can be converted. This amount will be paid as a death benefit if the Insured dies during this 31 day period. Application for conversion need not have been made. If application had been made, any premium paid for the new policy will be refunded.

### Conformity With State Statutes

If any provision in this Certificate is in conflict with the laws which govern this Certificate, the provision will be deemed to be amended to conform with such laws.

### Annual Report

Each year a report will be sent to You which shows the current Certificate values, premiums paid, and deductions made since the last report and any outstanding Certificate loans.

### Projection of Benefits and Values

You may make a written request to Us for a projection of illustrative future Cash Values and death benefits. One projection in each Certificate year will be furnished without charge upon request. We may charge a nominal fee, not to exceed $25.00 for each projection report furnished in excess of one per year.

VULFLGP40000

## SETTLEMENT OPTIONS

The Death Benefit Proceeds or Cash Value at surrender or maturity will be paid in one sum unless one of the options listed below is chosen. These options may only be used for amounts of $1,000 or more.

Written request for an option can be sent to Our home office by the Owner during the Insured's lifetime; or by the payee if the Owner has not chosen an option.

If the payee is an executor, administrator, trustee, corporation, partnership or association, these options can be used only with Our consent.

The interest rate in these options is guaranteed. We may be able to pay additional interest. If We do, it will be paid in the amount and by the method We determine. The guaranteed mortality basis for Options 4 and 5 is the 1949 Annuity Mortality Table (Female). The interest rate is calculated at 3.5%.

**Option 1 - Interest Payments.** The proceeds are left on deposit with Us and earn interest at the rate of 3-1/2% per year. Interest will be paid out on a monthly, quarterly, semi-annual or annual basis as chosen.

**Option 2 - Installments of a Fixed Amount.** We make payments on a monthly, quarterly, semi-annual or annual basis as chosen. They are paid until the original amount, plus interest at the rate of 3-1/2% per year on the unpaid balance, is paid out.

**Option 3 - Installments for a Fixed Period.** We make payments on a monthly, quarterly, semi-annual or annual basis as chosen. They can be paid for any number of months shown in the Table of Installments. The amount of the payments will be determined from this Table.

**Option 4 - Installments for a Guaranteed Period and for Life Thereafter.** We make payments for the payee's life; but never for less than a guaranteed number of years. The amount of the payment will be determined from the Table of Installments.

**Option 5 - Joint and Survivor Annuity.** We make payments during the joint lifetime of two payees. Payments equal to, two-thirds of, or one-half of, the original amount are made to the survivor for life. The amount is determined from the Table of Installments.

At the death of the payee, We will pay the following to the payee's estate in a lump sum, unless otherwise provided.

- Any amount left on deposit under Option 1.
- Any unpaid balance under Option 2.
- The commuted value, based on interest at the rate of 3-1/2% per year, compounded yearly, of any unpaid installments guaranteed under Option 3 or 4.
- Any accrued interest to the date of death.

Payments under Option 4 or 5 are based on information given Us regarding the age and survival of the payee(s). If this information is later found to be incorrect, the payments may change. Any payments We make in good faith before receiving notice of such incorrect information will not be affected; and We are discharged of Our liability to the extent of such payments. We may require evidence satisfactory to Us of the age or survival of any payee under Option 4 or 5.

Interest or installment payments of less than $50.00 may not be made. We may, instead, make payments less often so as to make each payment at least $50.00. The first payment under Option 1 will be paid at the end of the first interest period. The first payment under any other option will be paid on the date an amount is applied under the option.

Unless otherwise provided, no person who may be entitled to receive payment may commute, anticipate, assign or otherwise encumber any such payment.

VULFLSO40000

# TABLE OF INSTALLMENTS UNDER SETTLEMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

For OPTIONS 4 and 5, the age will be taken as the exact age, on the date proceeds are applied, of the Payee (or Payees) upon whose life (or lives) the income depends.

| | OPTION 3 | | | OPTION 4 (Monthly Installment) | | | OPTION 5 (Monthly Installment) | | |
|---|---|---|---|---|---|---|---|---|---|
| Number of Monthly Installments | Monthly Installment | Payee's Exact Age | Life Annuity | Life Annuity With 10 Years Certain | Life Annuity With 20 Years Certain | Joint Life Annuity With Survivor Amount | | | |
| | | | | | | Equal | 2/3 | 1/2 | |
| 12 | $84.65 | 50 | $4.55 | $4.54 | $4.51 | $ 4.16 | $4.57 | $4.80 | |
| 24 | 43.05 | 51 | 4.63 | 4.62 | 4.59 | 4.23 | 4.65 | 4.89 | |
| 36 | 29.19 | 52 | 4.71 | 4.70 | 4.67 | 4.29 | 4.73 | 4.99 | |
| 48 | 22.27 | 53 | 4.81 | 4.79 | 4.75 | 4.36 | 4.82 | 5.09 | |
| 60 | 18.12 | 54 | 4.90 | 4.89 | 4.84 | 4.44 | 4.92 | 5.20 | |
| 72 | 15.35 | 55 | 5.01 | 4.99 | 4.94 | 4.51 | 5.02 | 5.32 | |
| 84 | 13.38 | 56 | 5.12 | 5.10 | 5.03 | 4.60 | 5.13 | 5.44 | |
| 96 | 11.90 | 57 | 5.23 | 5.21 | 5.14 | 4.69 | 5.24 | 5.57 | |
| 108 | 10.75 | 58 | 5.36 | 5.33 | 5.25 | 4.78 | 5.36 | 5.71 | |
| 120 | 9.83 | 59 | 5.49 | 5.46 | 5.37 | 4.88 | 5.49 | 5.85 | |
| 132 | 9.09 | 60 | 5.63 | 5.60 | 5.49 | 4.99 | 5.63 | 6.01 | |
| 144 | 8.46 | 61 | 5.79 | 5.75 | 5.62 | 5.10 | 5.77 | 6.18 | |
| 156 | 7.94 | 62 | 5.95 | 5.90 | 5.76 | 5.23 | 5.93 | 6.36 | |
| 168 | 7.49 | 63 | 6.13 | 6.07 | 5.90 | 5.36 | 6.10 | 6.55 | |
| 180 | 7.10 | 64 | 6.31 | 6.25 | 6.05 | 5.50 | 6.28 | 6.75 | |
| 192 | 6.76 | 65 | 6.51 | 6.44 | 6.20 | 5.65 | 6.47 | 6.97 | |
| 204 | 6.47 | 66 | 6.73 | 6.64 | 6.37 | 5.81 | 6.67 | 7.21 | |
| 216 | 6.20 | 67 | 6.96 | 6.86 | 6.54 | 5.98 | 6.90 | 7.47 | |
| 228 | 5.97 | 68 | 7.22 | 7.09 | 6.71 | 6.17 | 7.13 | 7.74 | |
| 240 | 5.75 | 69 | 7.49 | 7.34 | 6.90 | 6.37 | 7.39 | 8.03 | |
| 252 | 5.56 | 70 | 7.78 | 7.60 | 7.09 | 6.58 | 7.66 | 8.35 | |
| 264 | 5.39 | 71 | 8.10 | 7.88 | 7.28 | 6.82 | 7.96 | 8.69 | |
| 276 | 5.24 | 72 | 8.44 | 8.18 | 7.47 | 7.07 | 8.28 | 9.06 | |
| 288 | 5.09 | 73 | 8.81 | 8.50 | 7.67 | 7.34 | 8.63 | 9.46 | |
| 300 | 4.96 | 74 | 9.21 | 8.84 | 7.87 | 7.63 | 9.01 | 9.90 | |
| 312 | 4.84 | 75 | 9.65 | 9.20 | 8.07 | 7.95 | 9.41 | 10.37 | |
| 324 | 4.73 | 76 | 10.13 | 9.58 | 8.26 | 8.30 | 9.85 | 10.87 | |
| 336 | 4.63 | 77 | 10.64 | 9.98 | 8.45 | 8.67 | 10.33 | 11.43 | |
| 348 | 4.53 | 78 | 11.21 | 10.40 | 8.64 | 9.08 | 10.85 | 12.03 | |
| 360 | 4.45 | 79 | 11.82 | 10.84 | 8.81 | 9.52 | 11.42 | 12.68 | |
| | | 80 | 12.50 | 11.30 | 8.97 | 10.00 | 12.03 | 13.39 | |

The annual, semi–annual or quarterly installment under Option 3 will be determined by multiplying the monthly installment by 11.81, 5.96 or 2.99 respectively. The annual, semi–annual or quarterly installment under Option 4 or 5 will be determined by multiplying the monthly installment by 11.65, 5.92 or 2.98 respectively. The amount of the installments under Option 4 or 5 for any other ages will be furnished upon request.

VULXXTSO40000

## MINIMUM DEATH BENEFIT TABLE
### 1980 CSO 50% Male – Non–Smokers

| Attained Age | Factor | Attained Age | Factor |
|---|---|---|---|
| 0 | 13.58 | 50 | 2.79 |
| 1 | 13.42 | 51 | 2.71 |
| 2 | 13.05 | 52 | 2.62 |
| 3 | 12.68 | 53 | 2.55 |
| 4 | 12.31 | 54 | 2.47 |
| 5 | 11.95 | 55 | 2.40 |
| 6 | 11.59 | 56 | 2.33 |
| 7 | 11.23 | 57 | 2.26 |
| 8 | 10.88 | 58 | 2.20 |
| 9 | 10.53 | 59 | 2.13 |
| 10 | 10.20 | 60 | 2.07 |
| 11 | 9.87 | 61 | 2.02 |
| 12 | 9.55 | 62 | 1.96 |
| 13 | 9.24 | 63 | 1.91 |
| 14 | 8.95 | 64 | 1.86 |
| 15 | 8.68 | 65 | 1.81 |
| 16 | 8.41 | 66 | 1.77 |
| 17 | 8.16 | 67 | 1.72 |
| 18 | 7.91 | 68 | 1.68 |
| 19 | 7.67 | 69 | 1.64 |
| 20 | 7.44 | 70 | 1.60 |
| 21 | 7.21 | 71 | 1.57 |
| 22 | 6.99 | 72 | 1.53 |
| 23 | 6.78 | 73 | 1.50 |
| 24 | 6.56 | 74 | 1.47 |
| 25 | 6.36 | 75 | 1.44 |
| 26 | 6.15 | 76 | 1.41 |
| 27 | 5.95 | 77 | 1.39 |
| 28 | 5.76 | 78 | 1.36 |
| 29 | 5.57 | 79 | 1.34 |
| 30 | 5.39 | 80 | 1.32 |
| 31 | 5.21 | 81 | 1.29 |
| 32 | 5.04 | 82 | 1.28 |
| 33 | 4.87 | 83 | 1.26 |
| 34 | 4.71 | 84 | 1.24 |
| 35 | 4.55 | 85 | 1.22 |
| 36 | 4.40 | 86 | 1.21 |
| 37 | 4.26 | 87 | 1.20 |
| 38 | 4.12 | 88 | 1.18 |
| 39 | 3.98 | 89 | 1.17 |
| 40 | 3.85 | 90 | 1.16 |
| 41 | 3.73 | 91 | 1.15 |
| 42 | 3.61 | 92 | 1.13 |
| 43 | 3.49 | 93 | 1.12 |
| 44 | 3.38 | 94 | 1.11 |
| 45 | 3.27 | 95 | 1.10 |
| 46 | 3.17 | 96 | 1.08 |
| 47 | 3.07 | 97 | 1.07 |
| 48 | 2.97 | 98 | 1.06 |
| 49 | 2.88 | 99 | 1.04 |

VULXXMDB50NS

TABLE OF GUARANTEED MONTHLY COST OF INSURANCE RATES
Per $1000 At Risk
1980 CSO Unisex Table D — 50% Male –Non-Smokers

| ATTAINED AGE | | ATTAINED AGE | |
|---|---|---|---|
| 0 | 0.09793 | 50 | 0.49295 |
| 1 | 0.09793 | 51 | 0.53570 |
| 2 | 0.09376 | 52 | 0.58367 |
| 3 | 0.09063 | 53 | 0.63686 |
| 4 | 0.08751 | 54 | 0.69527 |
| 5 | 0.08438 | 55 | 0.75891 |
| 6 | 0.08126 | 56 | 0.82672 |
| 7 | 0.07813 | 57 | 0.89664 |
| 8 | 0.07605 | 58 | 0.97178 |
| 9 | 0.07501 | 59 | 1.05528 |
| 10 | 0.07396 | 60 | 1.15132 |
| 11 | 0.07813 | 61 | 1.26096 |
| 12 | 0.08542 | 62 | 1.39047 |
| 13 | 0.09584 | 63 | 1.54196 |
| 14 | 0.10730 | 64 | 1.71021 |
| 15 | 0.11564 | 65 | 1.89421 |
| 16 | 0.12397 | 66 | 2.08977 |
| 17 | 0.13023 | 67 | 2.29379 |
| 18 | 0.13439 | 68 | 2.51255 |
| 19 | 0.13856 | 69 | 2.75339 |
| 20 | 0.14064 | 70 | 3.04256 |
| 21 | 0.13960 | 71 | 3.36545 |
| 22 | 0.13960 | 72 | 3.73053 |
| 23 | 0.13856 | 73 | 4.17045 |
| 24 | 0.13752 | 74 | 4.66331 |
| 25 | 0.13544 | 75 | 5.19981 |
| 26 | 0.13544 | 76 | 5.77166 |
| 27 | 0.13544 | 77 | 6.37476 |
| 28 | 0.13752 | 78 | 7.01765 |
| 29 | 0.13856 | 79 | 7.71955 |
| 30 | 0.14064 | 80 | 8.50824 |
| 31 | 0.14377 | 81 | 9.40828 |
| 32 | 0.14794 | 82 | 10.43059 |
| 33 | 0.15419 | 83 | 11.58262 |
| 34 | 0.16044 | 84 | 12.84199 |
| 35 | 0.16878 | 85 | 14.19235 |
| 36 | 0.17920 | 86 | 15.62368 |
| 37 | 0.19066 | 87 | 17.12370 |
| 38 | 0.20421 | 88 | 18.69518 |
| 39 | 0.21984 | 89 | 20.35502 |
| 40 | 0.23651 | 90 | 22.12257 |
| 41 | 0.25527 | 91 | 24.04697 |
| 42 | 0.27508 | 92 | 26.21443 |
| 43 | 0.29488 | 93 | 28.79225 |
| 44 | 0.31677 | 94 | 32.17150 |
| 45 | 0.34074 | 95 | 37.15052 |
| 46 | 0.36680 | 96 | 45.26999 |
| 47 | 0.39391 | 97 | 59.41439 |
| 48 | 0.42414 | 98 | 84.04634 |
| 49 | 0.45646 | 99 | 90.90909 |

VULXXCOI50NS

NOTICE: Benefits paid under this rider may or may not be taxable. Whether or not You or Your beneficiary incur a tax liability when benefits are paid depends on how the IRS interprets applicable portions of the Tax Code. As with all tax matters, You should consult Your personal tax advisor to assess the impact of this benefit.

Notice to Buyer: This rider may not cover all of the costs associated with home health care or long-term care incurred by the buyer during the period of coverage. The buyer is advised to review carefully all rider limitations.

This Long Term Care Benefit Rider is not intended to be a qualified long-term care insurance contract. You need to be aware that benefits received under this Rider may create unintended, adverse income tax consequences to you. You may want to consult with a knowledgeable individual about such potential income taxes.

### TRUSTMARK INSURANCE COMPANY
### 400 Field Drive, Lake Forest, IL 60045

### LONG TERM CARE BENEFIT RIDER
**This rider provides an accelerated death benefit. Each benefit payment under
this rider will reduce the following Certificate Values: Death Benefit Amount,
Accumulated Value, Surrender Charges, Any Indebtedness, and the Face Amount**

This rider is part of the Certificate to which it is attached. It is issued in consideration of the application and the payment of the required premium for this rider. The premium is shown on the Certificate Schedule. The Monthly Rider Deduction for this rider will be deducted from the Accumulated Value of the Certificate.

This rider is subject to all of the terms, conditions, exclusions and limitations of the Certificate, except as herein stated. The Effective Date of this rider is the same as the Certificate Date, unless otherwise specified.

If this rider is added to the Certificate after the Certificate Date, the Effective Date will be the date We approve the supplemental application.

### TERMS UNDER WHICH RIDER MAY BE RETURNED AND PREMIUM REFUNDED

You may return the rider within 30 days after You receive it, and We will refund any cost of insurance which You paid for the rider.

**CAUTION**: This Long—Term Care Rider is issued to You based upon Your answers to the questions in Your application. A copy of Your application is enclosed or was retained by You when You applied for this rider. If Your answers are incorrect or untrue, or if material information was omitted in such answers, then We have the right to deny rider benefits or to rescind Your coverage under this rider. If, for any reason, any of Your answers are incorrect, Our address for making such corrections is Trustmark Insurance Company, 400 Field Drive, Lake Forest, Illinois 60045.

### RENEWABILITY

We may not cancel or reduce coverage under this rider. Only You can request termination of this rider. Unless You do, it will remain in force for as long as the Certificate remains in force.

### PRE-EXISTING CONDITIONS LIMITATIONS

There is a 6 month waiting period for coverage of Pre-existing Conditions. No benefits will be paid for any Benefit Period that results from a Pre-existing Condition not disclosed in the application and that starts during the first 6 months after the Effective Date of this rider.

The time the Insured was covered under previous coverage, if the previous coverage was similar to or exceeds the coverage provided under this rider, will be credited against the 6 month limitation described above, if the previous coverage was continuous to a date not more than 30 days before the effective date of this rider, exclusive of any waiting period under the plan.

A Pre-existing Condition means the existence of symptoms which would cause an ordinarily prudent person to seek diagnosis, care or treatment or a condition of the Insured for which medical advice or treatment was recommended by, or received from a provider of health care services, within six months immediately before the rider Effective Date.

GUL–HH/LTC.899 FL                                    1

# TABLE OF CONTENTS

Page

TERMS UNDER WHICH RIDER MAY BE . . . .   1
RETURNED AND PREMIUM REFUNDED

RENEWABILITY . . . . . . . . . . . . . . . . . .   1

PRE−EXISTING CONDITIONS LIMITATION . .   1

DEFINITIONS . . . . . . . . . . . . . . . . . . . .   3

CONDITIONS ON ELIGIBILITY . . . . . . . . . .   6
FOR BENEFITS
The Insured
When Benefits Begin
Conditions for Payment

LONG TERM CARE FACILITY BENEFIT. . . . .   6

HOME HEALTH BENEFIT . . . . . . . . . . . .   6

ADULT DAY CARE BENEFIT . . . . . . . . . .   6

AMOUNT OF BENEFIT . . . . . . . . . . . . . .  6,7
Benefit Exceptions and Limitations
Example of Benefit
Reduction of Certificate Values
Monthly Rider Deduction
Waiver of Monthly Deduction

Page

EXCLUSIONS AND LIMITATIONS . . . . . . . .   8

CLAIMS . . . . . . . . . . . . . . . . . . . . . . .   9
Written Notice of Claim
Claim Forms
Written Proof of Loss
Rights Not Waived
Time of Payment of Claims
Payment of Claims
Physical Examination
Legal Actions

THE CONTRACT . . . . . . . . . . . . . . . . .  9,10
Termination of Rider
Grace Period
Reinstatement
Incontestability
Conformity With State Statutes

## DEFINITIONS

**Accumulated Value**: The Accumulated Value defined in the Certificate.

**Activities of Daily Living**: Any of the following basic human functional abilities required for the Insured to remain independent:

- Getting in and out of bed;
- Walking;
- Bathing;
- Dressing;
- Eating;
- Going to the toilet;
- Taking medication; and
- Continence.

**Adult Day Care**: Adult day care services which are provided at an Adult Day Care Center. For such Adult Day Care:

- A Physician must certify that it is Medically Necessary due to Sickness or Injury.
- The care must be provided in an Adult Day Care Center.

**Adult Day Care Center**: A facility which provides Adult Day Care and meets all of the following tests:

- It is licensed, accredited or certified by the appropriate governing body, if necessary;
- It operates at least 5 days a week for at least 6 hours a day and is not an overnight facility;
- It maintains a written record for each client which includes a plan of care and a record of all services provided;
- It has established procedures for obtaining appropriate aid in the event of a medical emergency;
- It has formal arrangements for providing services of: a Physician; a dietician; a licensed physical therapist; a licensed speech therapist; and licensed occupational therapist;
- Its staff includes a full time director; and one or more nurses in attendance during operating hours for at least 4 hours a day; and enough full time staff members to maintain a client-to-staff ratio of 8 or less to 1; and
- Is not a place owned or operated by You, the Insured, or a member of the Immediate Family.

**Benefit Period**: Continuous or successive terms of Long-Term Care Facility confinement, Home Health Care or Adult Day Care Services which:

- Are due to the same or related conditions;
- Are not separated by more than six months; and
- Occur while this rider is in force.

If separated by six months or more, a new Benefit Period begins, subject to a new Elimination Period.

If more than one condition causes a concurrent Benefit Period, only one monthly benefit amount is payable per month of confinement.

**Certificate**: The Certificate to which this rider is attached. The Certificate determines the benefits under this rider. If the Certificate includes a term insurance rider on the Insured, that rider is not included in the benefit calculations under this rider.

**Cognitive Impairment**: Means a deficiency in the Insured's short term or long-term memory, orientation as to person, place and time, deductive or abstract reasoning, or judgment as it relates to safety awareness.

**Death Benefit Amount**: The Death Benefit Amount defined in the Certificate, excluding additional death benefits added by rider, but including such increases as may be necessary to comply with IRS Code Section 7702.

**Elimination Period**: The first 90 days of a Benefit Period for which no benefits are payable.

**Home Health Care**: Health care and other services provided by a Home Health Care Agency. For such Home Health Care services:

- Services must be given according to a written diagnosis and plan of care or individual assessment and plan of care; and
- Services must be provided outside of a Hospital or Long Term Care Facility.
- Services include: nursing services under the direction of a registered nurse, including the services of a nurse registry and a home health aide; physical, speech, respiratory and occupational therapy; nutritional services provided by a registered dietician; personal care services, homemaker services, and similar nonmedical services; medical social services; and other similar medical services and health − related support services.

**Home Health Care Agency**: An entity which provides care and services at the Insured's home or other residence, is primarily engaged in providing residential health care services under policies and procedures established by a group of professionals, including at least one Physician and one nurse, and:

- Is licensed by the appropriate licensing agency as a Home Health Care Agency;
- Is accredited as a Home Health Care Agency or as a provider of Home Health Care services by the National League of Nursing, American Public Health Association or Joint Commission on Accreditation of Health Care Organizations or their successor organization;
- Is certified by Medicare as a Home Health Care Agency;
- Is not an agency owned or operated by You, the Insured, or a member of the Immediate Family; and
- is a nurse registry licensed as such by the state.

**Hospital**: A facility which:

- Is licensed and operated as a hospital according to the laws of the jurisdiction in which it is located;
- Operates primarily for the care and treatment of sick or injured persons as in−patients; and
- Provides continuous, 24 hours a day nursing service by or under the supervision of a registered graduate professional nurse (RN).

**Immediate Family**:

- Your or the Insured's spouse; and
- Any of Your, Your spouse's, or the Insured's or the Insured's spouse's children, parents, grandparents, grandchildren, brothers, sisters, and their respective spouses.

**Indebtedness**: The sum of any outstanding Certificate loans and any unpaid Certificate loan interest.

**Insured**: The person named as the Insured in the Certificate. It does not include other persons covered by this rider.

**Intermediate Care Facility**: A facility which:

- Is licensed, as required, and operated as an Intermediate Care Facility according to the laws of the jurisdiction in which it is located;
- Provides Intermediate Nursing Care by or under the supervision of a registered graduate professional nurse (RN) or a licensed practical nurse (LPN);
- Maintains a daily medical record of each patient; and
- Is not a facility owned or operated by You, the Insured, or a member of the Immediate Family.

**Intermediate Nursing Care**: Active nursing and/or restorative rehabilitation services which may be given on less than a daily basis to treat a stabilized health condition. For such Intermediate Nursing Care:

- Such services must require the skills of licensed technical or professional personnel; and
- The care must be provided in an Intermediate Care Facility.

**Long Term Care Facility**: A Skilled Nursing Facility, an Intermediate Care Facility, or a Residential Care Facility. Long Term Care Facility does NOT mean:

- A Hospital;
- A place that primarily treats drug addicts or alcoholics;
- A home for the aged or mentally ill, a community living center, or a place that primarily provides domiciliary, residency or retirement care; or
- A place owned or operated by You, the Insured, or a member of the Immediate Family.

**Medically Necessary**: A service or supply which:

- Is appropriate and consistent with the diagnosis of a Physician in accordance with accepted standards of local community medical practice; and
- Which could not be omitted without adversely affecting the Insured's condition or the quality of medical care.

**Medicare**: Title XVIII of the Social Security Act, as amended.

**Physician**: An individual, other than You, or the Insured or a member of Your or the Insured's Immediate Family, who is licensed to practice medicine and/or treat Sickness in the state in which treatment is received.

**Pre-existing Condition**: The existence of symptoms which would cause an ordinarily prudent person to seek diagnosis care or treatment or a condition of the Insured for which medical advice or treatment was recommended by, or received from a provider of health care services, within six months immediately before the rider application date.

**Residential Care Facility**: A facility which:

- Is licensed, as required, and operated as a Residential Care Facility according to the laws of the jurisdiction in which it is located.
- Provides Residential Nursing Care under the care and supervision of a registered graduate professional nurse (RN);
- Maintains a daily medical record of each patient; and
- Is not a facility owned or operated by You, the Insured, or a member of the Immediate Family.

**Residential Nursing Care**: Care designed mainly to help a person in the Activities of Daily Living which does not require the continuous attention of trained medical or paramedical personnel. A Physician must certify that such care is Medically Necessary. Such care may involve:

- The preparation of special diets; and
- Supervision or assistance in the Activities of Daily Living.

Such care must be provided in a Residential Care Facility.

**Skilled Nursing Care**: Active nursing care and/or restorative rehabilitation services given to treat an unstable health condition. For such Skilled Nursing Care:

- There must be a care plan for the Insured's recovery carried out on a daily basis;
- Pending stabilization, the services must require the skills of licensed technical or professional personnel; and
- The care must be provided in a Skilled Nursing Facility.

**Skilled Nursing Facility**: A place which:

- Is licensed, as required and operated as a Skilled Nursing Facility according to the laws of the jurisdiction in which it is located;
- Provides Skilled Nursing Care under the supervision of a licensed Physician;
- Provides continuous, 24 hours a day nursing service by or under the supervision of a registered graduate professional nurse (RN);
- Maintains a daily medical record for each patient; and
- Is not a facility owned or operated by You, the Insured, or a member of the Immediate Family.

**You and Your**: The Owner of the Certificate.

**We, Us or Our**: Trustmark Insurance Company.

# CONDITIONS ON ELIGIBILITY FOR BENEFITS

**The Insured**: We will pay benefits for Long Term Care Facility confinement, Home Health Care and Adult Day Care for the person who is the Insured under the Certificate. It does not cover any other person. If the Certificate includes a term insurance rider on the Insured, the term rider is not included in the benefit calculation under this rider.

**When Benefits Begin**: Benefits begin after the Insured has been confined in a Long Term Care Facility or received Home Health Care or Adult Day Care services for 90 days. The first 90 days of confinement or services is the Elimination Period. No benefits are payable for confinement or services during this time. This 90 day period need not be continuous. It must, however, be entirely within one Benefit Period.

**Conditions for Payment**: For benefits to be payable, the Insured must require:

- Hands on assistance in two or more of the Activities of Daily Living meaning physical assistance, minimal, moderate or maximal, without which the individual would not be able to perform the Activities of Daily Living; or
- Supervision or verbal cueing by another person in order to protect the Insured or others due to Impairment of Cognitive Ability.

Assessment of Activities of Daily Living and Impairment of Cognitive Ability shall be performed by licensed or certified professionals, such as Physicians, nurses or social workers.

## LONG TERM CARE FACILITY BENEFIT

We will pay benefits for Long Term Care Facility confinement subject to the following conditions. The Insured must:
- Meet the Conditions for Payment; and
- Be confined in a Long Term Care Facility for Skilled Nursing Care, Intermediate Nursing Care, or Residential Nursing Care.

## HOME HEALTH BENEFIT

We will pay benefits for Home Health Care provided by a Home Health Care Agency subject to the following conditions. The Insured must:
- Meet the Conditions for Payment; and
- Be receiving Home Health Care services by a Home Health Care Agency.

## ADULT DAY CARE BENEFIT

We will pay benefits for Adult Day Care provided by an Adult Day Care Center subject to the following conditions. The Insured must:
- Meet the Conditions for Payment; and
- Be receiving Adult Day Care at an Adult Day Care Center.

## BENEFIT

**Amount of Benefit**

For each Benefit Period the monthly benefit is the lesser of:

- 2% of the Death Benefit Amount at the end of the Elimination Period for that Benefit Period; or
- $5,000.

Benefits are payable for each month the Insured remains confined in a Long-Term Care Facility or receives Home Health or Adult Care following the Elimination Period, up to 50 months for all Benefit Periods combined.

For a partial month of confinement, benefits are payable on a pro-rata basis; One-thirtieth (1/30th) of the monthly benefit will be paid for each 24 hour day of confinement or each day of Home Health Care or Adult Day Care.

If a new confinement is within the same Benefit Period as a previous confinement, benefits are resumed at the previous amount of monthly benefit.

**Benefit Exceptions and Limitations**

- **Irrevocable Beneficiary**: If the Certificate has an irrevocable beneficiary(s), no rider benefits can be paid without the prior written consent of such Beneficiary(s).
- **Indebtedness**: In determining the monthly benefit amount payable, the Death Benefit Amount will first be reduced by the amount of any Certificate Indebtedness at the end of the Elimination Period.
- **Assignment**: Rider benefits payable are subject to and will be reduced by any assignment, or partial assignment of the Certificate of Death Benefit Amount.
- **Change in Amount of Benefit**: During a Benefit Period the amount of benefit will be unaffected by changes in the Death Benefit Amount, except that if a Partial Withdrawal, a decrease in Face Amount, or a Certificate loan occurs during a Benefit Period at Your request, the Benefit Period amount of benefit will be redetermined. The revised benefit, and future payments in this Benefit Period, will be based on the Death Benefit Amount as it exists immediately following the Partial Withdrawal, decrease in Face Amount or loan.

**Example of Benefit**: Calculation of monthly benefit amount is shown in the example below.

Monthly payment is 2% of Death Benefit Amount at the end of the Elimination Period.

Monthly payment if no Certificate Indebtedness

| | |
|---|---|
| Death Benefit Amount at end of Elimination Period | $100,000 |
| 2% of Death Benefit Amount | $ 2,000 |
| Monthly Payment | $ 2,000 |
| Death Benefit Amount after 1st $2,000 monthly payment | $ 98,000 |
| Death Benefit Amount after 2nd $2,000 monthly payment | $ 96,000 |

Monthly payment if Certificate Indebtedness

| | |
|---|---|
| Death Benefit Amount at end of Elimination Period | $100,000 |
| Indebtedness (Certificate Loans + unpaid interest) | $ −6,000 |
| Death Benefit Amount reduced by Indebtedness | $ 94,000 |
| 2% of reduced Death Benefit Amount | $ 1,880 |
| Monthly Payment | $ 1,880 |
| Death Benefit Amount after 1st $1,880 monthly payment | $ 92,120 |
| Indebtedness after 1st $1,880 monthly payment | $ 5,880 |
| Death Benefit Amount after 2nd $1,880 monthly payment | $ 90,240 |
| Indebtedness after 2nd $1,000 monthly payment | $ 5,760 |

Each Home Health Care or Adult Day Care monthly benefit payment reduces all Certificate values 2%. Thus, the Certificate Indebtedness is reduced 2% of $6,000 or $120 for each monthly payment.

**Reduction of Certificate Values**: Each monthly or partial monthly payment under this rider will reduce the following Certificate Values:

- Death Benefit Amount;
- Accumulated Value;
- Surrender charges;
- Any Indebtedness.

Values as of the date benefits begin or are revised, will be reduced 2% of their value on that date for each month of payment. A pro-rata reduction will be made for a partial month of payment.

**Monthly Rider Deduction**: The Monthly Rider Deduction for any rider month is equal to:
- The monthly cost per $1,000 of Death Benefit; multiplied by
- The Death Benefit less any existing indebtness; divided by
- 1,000.

The monthly cost per $1,000 of Death Benefit for this rider is determined on each rider anniversary. Any change We make will be:

- Guaranteed for one year;
- Based on Our expectations as to future experience;
- Based on a uniform basis for Insureds of the same age and class of risk.

Any change in monthly cost will not be a result of deterioration of health.

**Waiver of Monthly Deduction**: During the period We are paying benefits under this rider, We will also waive the Monthly Deduction for the Certificate.

## EXCLUSIONS AND LIMITATIONS

This rider does not pay benefits for loss:

- During the first six months following the rider Effective Date due to Pre-existing Condition not disclosed on the application.
- Due to mental, psychoneurotic or personality disorders without demonstrable organic disease. However, nervous or mental disorders which are caused by demonstrable, clinically diagnosed organic disease, such as Alzheimer's Disease and related degenerative and dementing illnesses are covered.
- Incurred outside the United States and Canada.
- Due to chronic alcohol or drug addiction, unless the addiction results from administration of drugs for treatment prescribed by a Physician.
- In any facility contracted for or operated by the United States Government when there is no cost to the Insured.
- In any facility for which no charge is made to the Insured.
- Due to illness, treatment or medical conditions arising out of:
- war or act of war (whether declared or undeclared);
- participation in a felony, riot or insurrection;
- service in the armed forces or units auxiliary thereto;
- attempted suicide or intentionally self-inflicted Injury;
- aviation (this exclusion applies only to non-fare paying passengers); or
- due to normal pregnancy and childbirth. However, complications of pregnancy are considered as Sickness under this rider.
- Which does not satisfy all the conditions stated in the provision captioned Conditions on Eligibility for Benefits.

CLAIMS

**Written Notice of Claim**: Written notice of claim must be given to Us within 30 days after a covered loss begins, or as soon as reasonably possible after that. The notice should contain Your name and Certificate number.

Your notice should identify the Insured, and be sent to Our home office at 400 Field Drive, Lake Forest, IL 60045.

**Claim Forms**: After We receive written notice of claim, We will furnish claim forms within 15 days. If We do not, the claimant will have met the requirements for written proof of loss upon submitting a written statement of the extent and nature of the loss within the time limit stated in the Written Proof of Loss provision.

**Written Proof of Loss**: Written proof of loss must be sent to Us within 90 days after the end of a Grace Period for which benefits are claimed. If that is not reasonably possible, the claim will not be affected. Unless the claimant is legally incapacitated, written proof must be given within one year following the 90 day period for submitting written proof of loss.

**Rights Not Waived**: None of the following actions shall waive or reduce any of Our rights in defense of a claim under this rider:

- The acknowledgment by Us of receipt of notice of claim under this rider;
- The furnishing of forms for filing proof of loss, or the acceptance of such proof; or
- The investigation of any claim under this rider

**Time of Payment of Claims**: After We receive proof of loss, benefits will be paid monthly for the Benefit Period claimed. Any accrued benefits remaining unpaid when Our liability ends will be paid as soon as We receive proper written proof. We will require periodic proof of continued eligibility and confinement during a claim.

**Payment of Claims**: Benefits will be paid to You unless they have been assigned elsewhere. Any accrued benefits unpaid at Your death will be paid to Your estate.

**Denial of Claims**: You, or a provider acting in Your behalf, may appeal a denial claim. The appeal may be made by telephone by calling 1 (800) 918-8877.

**Physical Examination**: At Our own expense, We will have the right to have the Insured examined as often as reasonably necessary while the claim is pending.

**Legal Actions**: No legal action can be brought against Us within 60 days after the date written proof of loss is given. It cannot be brought after the expiration of the applicable statute of limitations from the date written proof of loss is required to be given.

## THE CONTRACT

**Termination of Rider**: This rider will terminate on the earliest of the following:

- The Monthly Deduction Day immediately following the day We receive Your written request for termination; or
- When We have paid benefits for the maximum number of months.

**Grace Period**: The Grace Period in the Certificate also applies to this rider. At least 30 days prior to termination of the Certificate, We will mail a notification of possible lapse in coverage to You and to a specified secondary addressee, if such addressee has been designated in writing.

**Reinstatement**: If the Certificate is reinstated in accordance with the Certificate, this rider may also be reinstated. We may require evidence satisfactory to Us of the insurability of the Insured. The reinstated rider will cover only loss covered by this rider that occurs after the date of reinstatement. Except for this and any new Certificate provisions added due to reinstatement, both Your rights and Ours will be the same as before the Certificate lapsed.

If this rider terminates due to nonpayment of premium, You shall be entitled to have this rider reinstated in accordance with the Certificate without evidence of insurability if, within 5 months after the date of termination, You or any designated addressee demonstrate that failure to pay the premium when due was unintentional and due to Your impairment of Cognitive Ability or loss of functional capacity.

**Incontestability**: After this Rider has been in force for 2 years during the Insured's lifetime, We cannot contest the statements in the application.

No claim for loss incurred after 6 months from the effective date of this Rider will be reduced or denied because a sickness or physical condition had existed before the effective date of coverage.

Any increase in coverage or reinstatement of coverage, as requested by application from You, shall begin a new two year contestable period for the amount of the increase or reinstated coverage from the effective date of such coverage.

**Conformity with State Statutes**: If any provisions of this rider conflict with the statutes of the state in which the Insured resides on the rider Effective Date, the provision is automatically amended to meet the minimum requirements of such statutes.

### TRUSTMARK INSURANCE COMPANY

Joseph L. Pray
President and Chief Executive Officer

Laura A. Derouin
Corporate Secretary

**NOTICE: Benefits paid under this rider may or may not be taxable. Whether or not You or Your beneficiary incur a tax liability when benefits are paid depends on how the IRS interprets applicable portions of the Tax Code. As with all tax matters, You should consult Your personal tax advisor to assess the impact of this benefit.**

**Notice to Buyer: This rider may not cover all of the costs associated with home health care or long-term care incurred by the buyer during the period of coverage. The buyer is advised to review carefully all rider limitations.**

**TRUSTMARK INSURANCE COMPANY**
**400 Field Drive**
**Lake Forest, IL 60045**

**LONG TERM CARE BENEFITS RIDER**
**WITH BENEFIT RESTORATION AND EXTENSION**

**This rider provides an accelerated death benefit. Each benefit payment under this rider will reduce the following Certificate Values: Death Benefit Amount, Accumulated Value, Surrender Charges, Any Indebtedness, and the Face Amount**

This rider is made part of the Certificate to which it is attached. It is issued in consideration of the application and the payment of the required premium for this rider. The premium is shown on the Certificate Schedule. The Monthly Rider Deduction for this rider will be deducted from the Accumulated Value of the Certificate.

This rider is subject to all of the terms, conditions, exclusions and limitations of the Certificate, except as herein stated. The Effective Date of this rider will be the date We approve the application for this rider.

If this rider is added to existing coverage that includes the Long Term Care Benefit Rider (GUL-HH/LTC) and all versions thereof, the Benefit Restoration (GUL-BRR) and all versions thereof, or the Extension of Long Term Care Benefits Rider (GUL-EOB/LTC) and all versions thereof, all benefits from each of the riders will terminate on this rider's Effective Date.

**TERMS UNDER WHICH RIDER MAY BE RETURNED AND PREMIUM REFUNDED**

You may return the rider within 30 days after You receive it, and We will refund any cost of insurance which You paid for the rider.

**CAUTION**: This Home Health and Long-Term Care Rider is issued to You based upon Your answers to the questions in Your application. A copy of Your application is enclosed or was retained by You when You applied for this rider. If Your answers are incorrect or untrue, or if material information was omitted in such answers, then We have the right to deny rider benefits or to rescind Your coverage under this rider. If, for any reason, any of Your answers are incorrect, Our address for making such corrections is Trustmark Insurance Company, 400 Field Drive, Lake Forest, Illinois 60045.

**RENEWABILITY**

We may not cancel or reduce coverage under this rider. Only You can request termination of this rider. Unless You do, it will remain in force for as long as the Certificate remains in force.

**PRE-EXISTING CONDITIONS LIMITATIONS**

**There is a 6 month waiting period for coverage of Pre-existing Conditions. No benefits will be paid for any Benefit Period that results from a Pre-existing Condition not disclosed in the application and that starts during the first 6 months after the Effective Date of this rider.**

**A Pre-existing Condition means the existence of symptoms which would cause an ordinarily prudent person to seek diagnosis, care or treatment or a condition of the Insured for which medical advice or treatment was recommended by, or received from a provider of health care services, within six months immediately before the rider Effective Date.**

GUL-BRR/EOB.1099 FL                                    1                       (R6/03)

# TABLE OF CONTENTS

Page

TERMS UNDER WHICH RIDER MAY BE . . . .   1
RETURNED AND PREMIUM REFUNDED

RENEWABILITY . . . . . . . . . . . . . . . . . .   1

PRE-EXISTING CONDITIONS LIMITATION . .   1

DEFINITIONS . . . . . . . . . . . . . . . . . . . .   3

CONDITIONS ON ELIGIBILITY . . . . . . . . . .   6
FOR BENEFITS
The Insured
When Benefits Begin
Conditions for Payment

LONG TERM CARE FACILITY BENEFIT . . . . .   7

HOME HEALTH BENEFIT . . . . . . . . . . . .   7

ADULT DAY CARE BENEFIT . . . . . . . . . .   7

AMOUNT OF BENEFIT . . . . . . . . . . . . . .   7
Long Term Care Facility
Home Health Care and Adult Day Care Benefit
Benefit Exceptions and Limitations
Example of Long Term Care Facility Benefit
Example of Home Health Care or Adult Day
Care Benefit
Reduction of Certificate Values
Monthly Rider Deduction
Waiver of Monthly Deduction

BENEFIT RESTORATION . . . . . . . . . . . . .   7

EXTENSION OF BENEFITS . . . . . . . . . . .   7

Page

EXCLUSIONS AND LIMITATIONS . . . . . . .   10

CLAIMS . . . . . . . . . . . . . . . . . . . . .   10
Written Notice of Claim
Claim Forms
Written Proof of Loss
Rights Not Waived
Time of Payment of Claims
Physical Examination
Legal Actions

**Accumulated Value**: The Accumulated Value defined in the Certificate.

**Activities of Daily Living**: Any of the following basic human functional abilities required for the Insured to remain independent:

- Getting in and out of bed;
- Walking;
- Bathing;
- Dressing;
- Eating;
- Going to the toilet; and
- Taking medication.

**Adult Day Care**: Adult day care services which are provided at an Adult Day Care Center. For such Adult Day Care:

- A Physician must certify that it is Medically Necessary due to Sickness or Injury.
- The care must be provided in an Adult Day Care Center.

**Adult Day Care Center**: A facility which provides Adult Day Care and meets all of the following tests:

- It is licensed, accredited or certified by the appropriate governing body, if necessary;
- It operates at least 5 days a week for at least 6 hours a day and is not an overnight facility;
- It maintains a written record for each client which includes a plan of care and a record of all services provided;
- It has established procedures for obtaining appropriate aid in the event of a medical emergency;
- It has formal arrangements for providing services of: a Physician; a dietician; a licensed physical therapist; a licensed speech therapist; and licensed occupational therapist;
- Its staff includes a full time director; and one or more nurses in attendance during operating hours for at least 4 hours a day; and enough full time staff members to maintain a client-to-staff ratio of 8 or less to 1; and
- Is not a place owned or operated by You, the Insured, or a member of the Immediate Family.

**Benefit Period**: Continuous or successive terms of Long-Term Care Facility confinement, Home Health Care or Adult Day Care Services which:

- Are due to the same or related conditions;
- Are not separated by more than six months; and
- Occur while this rider is in force.

If separated by six months or more, a new Benefit Period begins, subject to a new Elimination Period.

If more than one Injury or Sickness causes a concurrent Benefit Period, only one monthly benefit amount is payable per month of confinement.

**Certificate**: The Certificate to which this rider is attached. The Certificate determines the benefits under this rider. If the Certificate includes a term insurance rider on the Insured, that rider is not included in the benefit calculations under this rider.

**Death Benefit Amount**: The Death Benefit Amount defined in the Certificate, excluding additional death benefits added by rider, but including such increases as may be necessary to comply with IRS Code Section 7702.

**Elimination Period**: The first 90 days of a Benefit Period for which no benefits are payable.

**Home Health Care**: Health care and other services provided by a Home Health Care Agency. For such Home Health Care services:

• A Physician must certify that such services are Medically Necessary due to Sickness or Injury;
• Services must be given according to a written diagnosis and plan of care or individual assessment and plan of care; and
• Services must be provided outside of a Hospital or Long Term Care Facility.
• Services include: nursing services under the direction of a registered nurse, including the service of a home health aide; physical, speech, respiratory and occupational therapy; nutritional services provided by a registered dietician; personal care services, homemaker services, and similar nonmedical services; medical social services; and other similar medical services and health – related support services.

**Home Health Care Agency**: An entity which provides care and services at the Insured's home or other residence, is primarily engaged in providing residential health care services under policies and procedures established by a group of professionals, including at least one Physician and one nurse, and:

• Is licensed by the appropriate licensing agency as a Home Health Care Agency;
• Is accredited as a Home Health Care Agency or as a provider of Home Health Care services by the National League of Nursing, American Public Health Association or Joint Commission on Accreditation of Health Care Organizations or their successor organization;
• Is certified by Medicare as a Home Health Care Agency; and
• Is not an agency owned or operated by You, the Insured, or a member of the Immediate Family.

**Hospital**: A facility which:

• Is licensed and operated as a hospital according to the laws of the jurisdiction in which it is located;
• Operates primarily for the care and treatment of sick or injured persons as in–patients; and
• Provides continuous, 24 hours a day nursing service by or under the supervision of a registered graduate professional nurse (RN).

**Immediate Family**:

• Your or the Insured's spouse; and
• Any of Your, Your spouse's, or the Insured's or the Insured's spouse's children, parents, grandparents, grandchildren, brothers, sisters, and their respective spouses.

**Impairment of Cognitive Ability**: Deterioration or loss of intellectual capacity as measured by clinical evidence and standardized tests which measure impairment in the areas of:

• Short or long term memory;
• Orientation as to person, place and time;
• Deductive and abstract reasoning; and
• Judgement as it relates to safety awareness.

The deterioration or loss must place an individual in jeopardy of harming self or others and thus require continual supervision by another individual.

**Indebtedness**: The sum of any outstanding Certificate loans and any unpaid Certificate loan interest.

**Injury**: Accidental bodily injury that results directly and independently of all other causes in loss covered by this rider.

**Insured**: The person named as the Insured in the Certificate. It does not include other persons covered by this rider.

**Intermediate Care Facility**: A facility which:

- Is licensed, as required, and operated as an Intermediate Care Facility according to the laws of the jurisdiction in which it is located;
- Provides Intermediate Nursing Care by or under the supervision of a registered graduate professional nurse (RN) or a licensed practical nurse (LPN);
- Maintains a daily medical record of each patient; and
- Is not a facility owned or operated by You, the Insured, or a member of the Immediate Family.

**Intermediate Nursing Care**: Active nursing and/or restorative rehabilitation services which may be given on less than a daily basis to treat a stabilized health condition. For such Intermediate Nursing Care:

- A Physician must certify that such is Medically Necessary due to Sickness or Injury;
- Such services must require the skills of licensed technical or professional personnel; and
- The care must be provided in an Intermediate Care Facility.

**Long Term Care Facility**: A Skilled Nursing Facility, an Intermediate Care Facility, or a Residential Care Facility. Long Term Care Facility does NOT mean:

- A Hospital;
- A place that primarily treats drug addicts or alcoholics;
- A home for the aged or mentally ill, a community living center, or a place that primarily provides domiciliary, residency or retirement care; or
- A place owned or operated by You, the Insured, or a member of the Immediate Family.

**Medically Necessary**: A service or supply which:

- Is appropriate and consistent with the diagnosis of a Physician in accordance with accepted standards of local community medical practice; and
- Which could not be omitted without adversely affecting the Insured's condition or the quality of medical care.

**Medicare**: Title XVIII of the Social Security Act, as amended.

**Net Amount at Risk**: For the purposes of this rider, the Certificate's Death Benefit Amount at a given point in time minus the Accumulated Value at that time. Net Amount at Risk does not include any death benefits provided by any term insurance riders attached to the Certificate.

**Physician**: An individual, other than You, or the Insured or a member of Your or the Insured's Immediate Family, who is licensed to practice medicine and/or treat Sickness in the state in which treatment is received.

**Pre-existing Condition**: The existence of symptoms which would cause an ordinarily prudent person to seek diagnosis care or treatment or a condition of the Insured for which medical advice or treatment was recommended by, or received from a provider of health care services, within six months immediately before the rider application date.

**Residential Care Facility**: A facility which:

- Is licensed, as required, and operated as a Residential Care Facility according to the laws of the jurisdiction in which it is located.
- Provides Residential Nursing Care under the care and supervision of a registered graduate professional nurse (RN);
- Maintains a daily medical record of each patient; and
- Is not a facility owned or operated by You, the Insured, or a member of the Immediate Family.

**Residential Nursing Care**: Care designed mainly to help a person in the Activities of Daily Living which does not require the continuous attention of trained medical or paramedical personnel. A Physician must certify that such care is Medically Necessary. Such care may involve:

- The preparation of special diets; and
- Supervision or assistance in the Activities of Daily Living.

Such care must be provided in a Residential Care Facility.

**Sickness**: Illness or disease that results in loss covered by this rider.

**Skilled Nursing Care**: Active nursing care and/or restorative rehabilitation services given to treat an unstable health condition. For such Skilled Nursing Care:

- A Physician must certify that it is Medically Necessary due to Sickness or Injury.
- There must be a care plan for the Insured's recovery carried out on a daily basis;
- Pending stabilization, the services must require the skills of licensed technical or professional personnel; and
- The care must be provided in a Skilled Nursing Facility.

**Skilled Nursing Facility**: A place which:

- Is licensed, as required and operated as a Skilled Nursing Facility according to the laws of the jurisdiction in which it is located;
- Provides Skilled Nursing Care under the supervision of a licensed Physician;
- Provides continuous, 24 hours a day nursing service by or under the supervision of a registered graduate professional nurse (RN);
- Maintains a daily medical record for each patient; and
- Is not a facility owned or operated by You, the Insured, or a member of the Immediate Family.

**You and Your**: The Owner of the Certificate.

**We, Us or Our**: Trustmark Insurance Company.

## CONDITIONS ON ELIGIBILITY FOR BENEFITS

**The Insured**: We will pay benefits for Long Term Care Facility confinement, Home Health Care and Adult Day Care for the person who is the Insured under the Certificate. It does not cover any other person. If the Certificate includes a term insurance rider on the Insured, the term rider is not included in the benefit calculation under this rider.

**When Benefits Begin**: Benefits begin after the Insured has been confined in a Long Term Care Facility or received Home Health Care or Adult Day Care services for 90 days. The first 90 days of confinement or services is the Elimination Period. No benefits are payable for confinement or services during this time. This 90 day period need not be continuous. It must, however, be entirely within one Benefit Period.

**Conditions for Payment**: For benefits to be payable, the Insured must:

- Require assistance in two or more of the Activities of Daily Living; or
- Have Impairment of Cognitive Ability.

**LONG TERM CARE FACILITY BENEFIT**

We will pay benefits for Long Term Care Facility confinement subject to the following conditions. The Insured must:
- Meet the Conditions for Payment; and
- Be confined in a Long Term Care Facility for Skilled Nursing Care, Intermediate Nursing Care, or Residential Nursing Care.

**HOME HEALTH BENEFIT**

We will pay benefits for Home Health Care provided by a Home Health Care Agency subject to the following conditions. The Insured must:
- Meet the Conditions for Payment; and
- Be receiving Home Health Care services by a Home Health Care Agency.

**ADULT DAY CARE BENEFIT**

We will pay benefits for Adult Day Care provided by an Adult Day Care Center subject to the following conditions. The Insured must:
- Meet the Conditions for Payment; and
- Be receiving Adult Day Care at an Adult Day Care Center.

**BENEFIT**

**Long Term Care Facility**: For each Benefit Period the monthly Long Term Care Facility Benefit is the lesser of:
- 2% of the Death Benefit Amount at the end of the Elimination Period for that Benefit Period; or
- $5,000.

We will pay the Long Term Care Facility Benefit for each month the Insured remains confined in a Long Term Care Facility, following the Elimination Period, for up to 50 months for all Benefit Periods combined.

For a partial month of confinement, benefits are payable on a pro-rata basis; One-thirtieth (1/30th) of the monthly benefit will be paid for each 24 hour day of confinement. If a new confinement is within the same Benefit Period as a previous confinement, benefits are resumed at the previous amount of monthly benefit.

**Home Health Care and Adult Day Care Benefit**: For each Benefit Period, the monthly Home Health Care or Adult Day Care Benefit is the lessor of:
- 2% of the Death Benefit Amount at the end of the Elimination Period for that Benefit Period; or
- $5,000.

We will pay a benefit for Home Health Care or Adult Day Care for each month the Insured receives such care, following the Elimination Period, for up to 50 months for all Benefit Periods combined.

Benefits are payable on a pro-rata basis. One thirtieth (1/30th) of the monthly benefit will be paid for each day of Home Health Care or Adult Day Care.

**Benefit Exceptions and Limitations**
- **Irrevocable Beneficiary**: If the Certificate has an irrevocable beneficiary(s), no rider benefits can be paid without the prior written consent of such Beneficiary(s).
- **Indebtedness**: In determining the monthly benefit amount payable, the Death Benefit Amount will first be reduced by the amount of any Certificate Indebtedness at the end of the Elimination Period.
- **Assignment**: Rider benefits payable are subject to and will be reduced by any assignment, or partial assignment of the Certificate of Death Benefit Amount.

**Change in Amount of Benefit** During a Benefit Period the amount of benefit will be unaffected by changes in the Death Benefit Amount, except that if a Partial Withdrawal, a decrease in Face Amount, or a Certificate loan occurs during a Benefit Period at Your request, the Benefit Period amount of benefit will be redetermined. The revised benefit, and future payments in this Benefit Period, will be based on the Death Benefit Amount as it exists immediately following the Partial Withdrawal, decrease in Face Amount or loan.

**Example of Long Term Care Facility Benefit**: Calculation of monthly benefit amounts is shown in the example below.

Monthly payment is 2% of Death Benefit at the end of the Elimination Period.

<u>Monthly payment if no Certificate Indebtedness</u>

| | |
|---|---|
| Death Benefit Amount at end of Elimination Period | $100,000 |
| 2% of Death Benefit Amount | $ 2,000 |
| Monthly Payment | $ 2,000 |
| | |
| Death Benefit Amount after 1st $2,000 monthly payment | $ 98,000 |
| Death Benefit Amount after 2nd $2,000 monthly payment | $ 96,000 |

<u>Monthly payment if Certificate Indebtedness</u>

| | |
|---|---|
| Death Benefit Amount at end of Elimination Period | $100,000 |
| Indebtedness (Certificate Loans + unpaid interest) | $ −6,000 |
| Death Benefit Amount reduced by Indebtedness | $ 94,000 |
| | |
| 2% of reduced Death Benefit Amount | $ 1,880 |
| Monthly Payment | $ 1,880 |
| | |
| Death Benefit Amount after 1st $1,880 monthly payment | $ 92,120 |
| Indebtedness after 1st $1,880 monthly payment | $ 5,880 |
| | |
| Death Benefit Amount after 2nd $1,880 monthly payment | $ 90,240 |
| Indebtedness after 2nd $1,880 monthly payment | $ 5,760 |

Each Long Term Care Facility monthly benefit payment reduced all policy values 2%. Thus, the Certificate Indebtedness is reduced 2% of $6,000 or $120 for each monthly payment.

**Example of Home Health Care or Adult Day Care Benefit**: Calculation of monthly benefit amount is shown in the example below.

Monthly payment is 2% of Death Benefit Amount at the end of the Elimination Period.

<u>Monthly payment if no Certificate Indebtedness</u>

| | |
|---|---|
| Death Benefit Amount at end of Elimination Period | $100,000 |
| 2% of Death Benefit Amount | $ 2,000 |

| | |
|---|---|
| Monthly Payment | $ 2,000 |
| Death Benefit Amount after 1st $2,000 monthly payment | $ 98,000 |
| Death Benefit Amount after 2nd $2,000 monthly payment | $ 96,000 |

<u>Monthly payment if Certificate Indebtedness</u>

| | |
|---|---|
| Death Benefit Amount at end of Elimination Period | $100,000 |
| Indebtedness (Certificate Loans + unpaid interest) | $ −6,000 |
| Death Benefit Amount reduced by Indebtedness | $ 94,000 |
| | |
| 2% of reduced Death Benefit Amount | $ 1,880 |
| Monthly Payment | $ 1,880 |
| | |
| Death Benefit Amount after 1st $1,880 monthly payment | $ 92,120 |
| Indebtedness after 1st $1,880 monthly payment | $ 5,880 |
| | |
| Death Benefit Amount after 2nd $1,880 monthly payment | $ 90,240 |
| Indebtedness after 2nd $1,000 monthly payment | $ 5,760 |

Each Home Health Care or Adult Day Care monthly benefit payment reduces all Certificate values 2%. Thus, the Certificate Indebtedness is reduced 2% of $6,000 or $120 for each monthly payment.

**Reduction of Certificate Values**: Each monthly or partial monthly payment under this rider will reduce the following Certificate Values:

•   Death Benefit Amount;
•   Accumulated Value;
•   Surrender charges;
•   Any Indebtedness.

Values as of the date benefits begin or are revised, will be reduced 2%, depending on the benefit, of their value on that date for each month of payment. A pro−rata reduction will be made for a partial month of payment.

**Monthly Rider Deduction**: The Monthly Rider Deduction for any rider month is equal to:
•   The monthly cost per $1,000 of Net Amount at Risk; multiplied by
•   The Net Amount at Risk; divided by
•   1,000.

The monthly cost per $1,000 of Net Amount at Risk for this rider is determined on each rider anniversary. Any change We make will be:

•   Guaranteed for one year;
•   Based on Our expectations as to future experience;
•   Based on a uniform basis for Insureds of the same age and class of risk; and
•   For those Insureds whose coverage has been in force the same length of time.

Any change in monthly cost will not be a result of deterioration of health.

The rates used per $1,000 of Net Amount at Risk will not exceed 20% of the rates shown in the Table of Guaranteed Monthly Cost of Insurance Rates found in the Certificate to which this rider is attached, multiplied by the Percentage Rating Factor, if any, shown on the Certificate Schedule.

**Waiver of Monthly Deduction** During the period We are paying benefits under this rider, We will also waive the Monthly Deduction for the Certificate.

## EXCLUSIONS AND LIMITATIONS

This rider does not pay benefits for loss:

- Beginning within the first six months following the rider Effective Date due to Pre-existing Condition not disclosed on the application and that starts during the first 6 months after the Effective Date of this rider.
- Due to mental, psychoneurotic or personality disorders without demonstrable organic disease. However, nervous or mental disorders which are caused by demonstrable, clinically diagnosed organic disease, such as Alzheimer's Disease and related degenerative and dementing illnesses are covered.
- Incurred outside the United States and Canada.
- Due to chronic alcohol or drug addiction, unless the addiction results from administration of drugs for treatment prescribed by a Physician.
- In any facility contracted for or operated by the United States Government when there is no cost to the Insured.
- In any facility for which no charge is made to the Insured.
- Due to illness, treatment or medical conditions arising out of:
- war or act of war (whether declared or undeclared);
- participation in a felony, riot or insurrection;
- service in the armed forces or units auxiliary thereto;
- attempted suicide or intentionally self-inflicted Injury;
- aviation (this exclusion applies only to non-fare paying passengers); or
- due to normal pregnancy and childbirth. However, complications of pregnancy are considered as Sickness under this rider.
- Which does not satisfy all the conditions stated in the provision captioned Conditions on Eligibility for Benefits.

## BENEFIT RESTORATION

This rider restores the following Certificate values when Long Term Care Benefits are paid:

- Face Amount
- Death Benefit Amount
- Accumulated Value

The Certificate values will be restored while this rider and the Certificate are in force. The restored Certificate Values shall equal 100% of the amount of the Certificate values which were reduced when Long Term Care benefits were paid. In addition, any applicable Certificate Surrender Charges will also be restored.

The initial restoration of the benefits shall be made following the first full month for which benefits are paid for Long Term Care. Subsequent restoration shall be made on a monthly basis coinciding with the payment of benefits for Long Term care.

The aggregate amount of the restored Certificate values shall, at no time, exceed 100% of the aggregate reduction in the Certificate values for benefits paid under the Long Term Care.

**EXTENSION OF LONG TERM CARE BENEFITS**

This rider extends benefits payable for Long Term Care. The extension becomes effective only after benefit payments for Long Term Care have been paid for the maximum number of months allowed.

Benefits for Long Term Care are extended when:

- Benefits for Long Term Carte have been paid for the maximum number of months allowed; and
- The Insured would be eligible for benefit payments for Long Term care Benefit due to continuous care or confinement if the Long Term Care Benefit had not been paid the maximum number of months allowed by the rider.

Extended benefits shall:

- Not be greater than the benefit amounts being paid for Long Term Care at the time the maximum number of months allowed by this rider was reached; and
- Be paid at the same frequency and duration as Long Term Care Benefits.

Extended benefits shall end at the earliest of:

- The end of the Benefit Period in effect for Long Term Care at the time the maximum number of months allowed by this rider was reached;
- The date the amount of all extended benefit payments equals the Death Benefit Amount in force on the date of the first benefit payment for Long Term Care;
- The end of a period of 30 consecutive days during which benefits are not payable;
- The date the Insured would no longer meet the conditions for eligibility for benefits for Long Term Care; or
- The Insured's death.

## CLAIMS

**Written Notice of Claim**: Written notice of claim must be given to Us within 30 days after a covered loss begins, or as soon as reasonably possible after that. The notice should contain Your name and Certificate number.

Your notice should identify the Insured, and be sent to Our home office at 400 Field Drive, Lake Forest, IL 60045.

**Claim Forms**: After We receive written notice of claim, We will furnish claim forms within 15 days. If We do not, the claimant will have met the requirements for written proof of loss upon submitting a written statement of the extent and nature of the loss within the time limit stated in the Written Proof of Loss provision.

**Written Proof of Loss**: Written proof of loss must be sent to Us within 90 days after the end of a Grace Period for which benefits are claimed. If that is not reasonably possible, the claim will not be affected. Unless the claimant is legally incapacitated, written proof must be given within one year following the 90 day period for submitting written proof of loss.

**Rights Not Waived**: None of the following actions shall waive or reduce any of Our rights in defense of a claim under this rider:

- The acknowledgment by Us of receipt of notice of claim under this rider;
- The furnishing of forms for filing proof of loss, or the acceptance of such proof; or
- The investigation of any claim under this rider

Time of Payment of Claims: After We receive proof of loss, benefits will be paid monthly for the Benefit Period claimed. Any accrued benefits remaining unpaid when Our liability ends will be paid as soon as We receive proper written proof. We will require periodic proof of continued eligibility and confinement during a claim.

Payment of Claims: Benefits will be paid to You unless they have been assigned elsewhere. Any accrued benefits unpaid at Your death will be paid to Your estate.

Physical Examination: At Our own expense, We will have the right to have the Insured examined as often as reasonably necessary while the claim is pending.

Legal Actions: No legal action can be brought against Us within 60 days after the date written proof of loss is given. It cannot be brought after three years from the date written proof of loss is required to be given.

## THE CONTRACT

Termination of Rider: This rider will terminate on the earliest of the following:

•   The Monthly Deduction Day immediately following the day We receive the Owner's written request for termination; or
•   The date We have paid benefits for the maximum number of months; or
•   The date the Certificate ends; or
•   The date extended benefits end.

Grace Period: The Grace Period in the Certificate also applies to this rider.

Reinstatement: If the Certificate is reinstated, then this rider may be reinstated, subject to Our approval. The reinstated rider will only provide benefits for care or confinement which begins after the date of reinstatement, subject to all of the terms, conditions, exclusions and limitations of the Certificate and this Rider.

Incontestability: Any statement made by You shall, in the absence of fraud, be deemed a misrepresentation and not a warranty. No such statement shall be used in defense to a claim under this rider unless such statement is contained in a written application.

We may deny a claim or rescind coverage under this rider as follows:

•   If this rider has been in force for less than six (6) months, We may rescind this rider or deny an otherwise valid claim upon a showing of misrepresentation that is material to Our acceptance of the application for coverage;
•   If this rider has been in force for at least six (6) months but for less than two (2) years, We may rescind this rider or deny an otherwise valid claim upon a showing that is both (1) material to Our acceptance of the application for coverage; and (2) which pertains to the condition for which benefits are sought;
•   After this rider has been in effect for two (2) years, We may not contest it on the grounds of misrepresentation alone. We may contest this rider, however, upon a showing that relevant facts pertaining to the Insured's health were knowingly and intentionally misrepresented in the application.

Any increase in coverage or reinstatement of coverage, as requested by application from You, shall begin a new two year contestable period for the amount of the increase or reinstated coverage from the effective date of such coverage.

**Conformity with State Statutes.** If any provisions of this rider conflict with the statutes of the state in which the Insured resides on the rider Effective Date, the provision is automatically amended to meet the minimum requirements of such statutes.

**TRUSTMARK  INSURANCE  COMPANY**

Joseph L. Pray
President and Chief Executive Officer

Laura A. Derouin
Corporate Secretary

## <u>AMENDMENT</u>

This Amendment is made part of the Certificate to which it is attached. Changes to benefits or coverages made by this Amendment are subject to all of the terms, conditions, exclusions and limitations of the Certificate not inconsistent with the following:

The Certificate and any additional riders attached to the Certificate will be in force from the date of the application to the Certificate Effective Date of the Certificate if:

- A payroll deduction authorization is executed; and
- The proposed insured is a risk insurable for insurance exactly as applied for without modification of plan, premium rate, or amount, according to the Company's rules and practices.

VXXINT 10000

All references to the Certificate Effective Date shall mean the date of application except for the following:

- Schedule
- Definitions of Age, Certificate Effective Date, Maturity Date, Monthly Deduction Day
- Nonforfeiture Values provisions
- Premium provisions
- Life Benefit Amount Changes provisions

VXXINT 20000

**TRUSTMARK
INSURANCE COMPANY**

Joseph L. Pray
President and Chief Executive Officer

Laura A. Derouin
Corporate Secretary

CA/B

**TRUSTMARK INSURANCE COMPANY**
**400 Field Drive**
**Lake Forest, Illinois 60045**

### ACCELERATED DEATH BENEFIT RIDER

This Rider is made a part of the Certificate to which it is attached. It is issued in consideration of the application. Benefits provided by this Rider are subject to all of the terms, conditions, exclusions and limitations of the Certificate and accompanying Riders and endorsements, except as herein stated.

The Effective Date of this Rider is the same as the Certificate Date.

**Notice: The Death Benefit Proceeds will be reduced if You receive an Accelerated Death Benefit. Receipt of the Accelerated Death Benefit may be taxable and assistance should be sought from a personal tax advisor.**

#### DEFINITIONS

**Available Death Benefit** means the Death Benefit Proceeds that would be paid if the Insured had died on the date the Accelerated Death Benefit is paid.

**Date of Diagnosis** means the date a Terminal Illness is first determined and recorded by a Physician.

**Physician** means an individual, other than You, or the Insured or a member of Your or the Insured's Immediate Family, who is licensed to practice medicine and/or treat Sickness or Injury in the sate in which treatment is received.

**Terminal Illness or Terminally Ill** means an incurable sickness, disease or condition which, in the best medical judgment of a Physician, will result in death within 24 months from the Date of Diagnosis.

#### ACCELERATED DEATH BENEFIT

We will pay the Accelerated Death Benefit when the Insured is diagnosed as Terminally Ill, subject to all of the following conditions:

- The Certificate is in force on the Date of Diagnosis;
- If applicable, We receive written consent from any irrevocable beneficiary; and
- Any previously assigned Death Benefit Proceeds will not be accelerated.

The amount of the Accelerated Death Benefit will be:

- Based on the available Death Benefit as of the date this benefit is paid; and
- Limited to a maximum of 75 percent of the Available Death Benefit not to exceed $225,000 less an administrative fee of $200.

The maximum Accelerated Death Benefit provided by this Rider is payable only once.

#### EFFECT OF RIDER ON THE CERTIFICATE

On the date the Accelerated Death Benefit is paid, the Death Benefit Proceeds and Face Amount will be reduced by the amount of the Accelerated Death Benefit payment.

In addition, the Accumulated Value, Surrender Charges and any Indebtedness will be reduced by the same percentage of the Available Death Benefit as the Accelerated Death Benefit.

Premium payable for the Certificate and accompanying Riders, will be waived, and coverage is guaranteed to remain in force for the 24 months immediately following the date the Accelerated Death Benefit is paid or until the Insured's death, whichever occurs first. If the Insured survives beyond 24 months, a proportionately

reduced premium will be due in accordance with the applicable provisions, including any waiver of premium provision.

**BENEFIT PAYMENT**: The Accelerated Death Benefit will be paid upon receipt of proof of Terminal Illness satisfactory to Us. Such proof of Terminal Illness should include a claim form that We will furnish upon request.

The Accelerated Death Benefit will be paid to You, unless otherwise assigned. If We receive notice that the Insured died prior to payment of the Accelerated Death Benefit, benefits will be paid under the terms of the Certificate. We shall be discharged from liability to the extent of any payment made in good faith under this Rider.

## TERMINATION

This Rider will automatically terminate on the earliest of:

*   The date the Accelerated Death Benefit is paid; or
*   The date the Certificate terminates.

## REINSTATEMENT

If the Certificate is reinstated, then this Rider will be reinstated.

**TRUSTMARK INSURANCE COMPANY**

Joseph L. Pray
President and Chief Executive Officer

Laura A. Derouin
Corporate Secretary

**TRUSTMARK INSURANCE COMPANY**
**TRUSTMARK LIFE INSURANCE COMPANY**
**TRUSTMARK LIFE INSURANCE COMPANY OF NEW YORK**
**(We, Us, Our)**
**NOTICE OF PRIVACY PRACTICES**
Effective date of this notice: February 13, 2012

### Our Commitment to Protecting Your Privacy

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

**You do not need to respond to this notice in any way.**

#### Our Responsibilities and Privacy Commitment
We understand the importance of protecting your private information. Our highest priority is to maintain your trust and confidence. We will maintain our commitment to safeguarding your information now and in the future.

We are required by law to:
- Maintain the privacy of your personal information.
- Provide you with certain rights with respect to your personal information.
- Provide you with a copy of this Notice of our legal duties and privacy practices with respect to your personal information.
- Follow the terms of the Notice that is currently in effect.

We are guided by our respect for the confidentiality of your personal information. We are providing you with this notice in accordance with privacy laws and because we want you to know that we value your privacy.

#### Information We Collect
Personal Information is any information we obtain about you in the course of issuing insurance and/or providing services. The information we may obtain includes, but is not limited to, your past, present, or future physical or mental health or condition, the provision of health care to you, payment for the provision of health care to you, your Social Security number, employment history, credit history, income information, and bank or credit card information.

We obtain this information from several sources, including but not limited to applications or other forms you complete, your business dealings with us and other companies, and consumer reporting agencies.

#### Our Privacy and Security Procedures
Our employees who have access to this information are those who must have it to provide products or services to you. Below are some examples of our guidelines for protecting information.
- Paper copies, when used, are viewed, discussed, and retained in private surroundings.
- Individuals viewing information stored in a computer must have passwords to gain access. Passwords are provided only to individuals who must have access to provide products or services to our insureds.
- Our business associates use information only for the purpose provided. Business associates sign a contract agreeing to follow our privacy procedures.

#### Information We Disclose
We will not disclose any Personal Information about you, except as allowed by law, including the Fair Credit Reporting Act. We may share all of the information we collect with insurance companies, agents, companies that help us to conduct our insurance business, companies that are self–insured, or others as permitted by law. Below are examples of the times we may share information for business purposes.

- Underwriting;
- Premium rating;
- Submitting claims;
- Reinsuring risk;
- Assessing quality;
- Business management and planning; and
- Sales, transfer, merger or consolidation of the business.

Your information may also be shared:
- For purposes of treatment, payment, and operations, including assessment of eligibility, case management activities, coordination of care, collection of premium, payment of benefits, and other claims administration.
- With a regulatory, law enforcement, or other government authority as required by law. This may include finding or preventing criminal activity, fraud, material misrepresentation or material nondisclosures in connection with an insurance issue.
- In response to an administrative or judicial order, including a search warrant or subpoena.

- With a medical care institution or professional, to verify coverage, conduct an audit of their activities, discuss a medical problem of which the insured may not be aware, discuss drug and disease management approaches, and other purposes permitted or required by law.
- To conduct actuarial or research studies. In this case, individuals are not identified in the research report. Material identifying an individual is destroyed as soon as it is no longer needed.
- With our business associates for use in auditing services or operations, auditing marketing services, performing various functions on our behalf, or to provide certain services.
- With a group policyholder for reporting claims experience, or for conducting an audit of our operations or services.
- To consult with outside health care providers, consultants and attorneys, and other health related services.
- As otherwise permitted or required by law.

We require those with whom we share information to implement appropriate safeguards regarding your Personal Information. We share only that which is minimally necessary to accomplish a task. Information that we get from a report made by a company that assists us to conduct insurance business may be retained by that company and used for other purposes.

Your written authorization is required for uses and disclosures of Personal Information for purposes other than those described above. If you provide us authorization to use or disclose your Personal Information, you may revoke that authorization, in writing, at any time. If you revoke your authorization, we will no longer use or disclose information for the specific purpose contained in the authorization. We are required to retain any records we may have containing your Personal Information for the periods specified in document retention laws. If you revoke your authorization for payment or health care operations, you may jeopardize the administration of the benefits under your health plan.

## Your Rights
Upon written request, you have the right to:

- Inspect and copy certain Personal Information. We may charge a reasonable fee for the costs of copying or mailing.
- Receive confidential communication of Personal Information.
- Request restrictions on certain uses and disclosures of your Personal Information, although we are not required to agree to a requested restriction.
- Request an amendment to your Personal Information, although we are not required to agree to an amendment.
- Receive an accounting of impermissible Personal Information disclosures or disclosures made in compliance with federal law (or state regulations, if applicable) for which an accounting is required.
- Be notified of a breach of unsecured Personal Information.

The written request must reasonably describe the information. The information requested must be reasonably locatable and retrievable.

## How to File a Complaint Regarding the Use and Disclosure of Personal Information
If you believe your privacy rights have been violated, you may file a complaint with us, your respective state insurance department, or with the Secretary of Health and Human Services. All complaints must be in writing.

You may not be retaliated against for filing a complaint.

## How to Contact Us
You may contact our representative at the following address:

Privacy Officer
Privacy Request
Trustmark Companies
PO Box 7961
Lake Forest, IL 60045-7961

Email – privacymanagementoffice@trustmarkins.com

Notification of a revised privacy notice will be provided through one of the following:
- U.S. Postal Service
- Revised Plan Document
- Internet E-mail.

Any right a consumer, claimant, or beneficiary may have under this notice is not limited by any other privacy notice used by Trustmark Mutual Holding Company or its subsidiaries and affiliates.

**LIFE INSURANCE ILLUSTRATION**
**TRUSTMARK INSURANCE COMPANY**
**TRUSTMARK PROTECTOR**
**FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL-899)**

PREPARED FOR: CORY GORMAN                    CERTIFICATE NO: JT1158
MALE AGE 39 NONSMOKER                        OPTION A LEVEL DEATH BENEFIT

### END OF YEAR PROJECTED VALUES – NUMERIC SUMMARY

|  |  | Guaranteed Cost of Insurance and Guaranteed Interest at 4.00 % | | Current Cost of Insurance and Current Interest at 4.25 % | | Average of Guaranteed and Current Cost of Insurance and 4.13 % Interest | |
|---|---|---|---|---|---|---|---|
| Yr | Age | Premium Outlay | Cash Value | Death Benefit | Cash Value | Death Benefit | Cash Value | Death Benefit |
| 5 | 44 | 1,600 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 |
| 10 | 49 | 1,600 | 3,040 | 200,000 | 4,550 | 200,000 | 3,792 | 200,000 |
| 20 | 59 | 1,600 | 7,276 | 200,000 | 19,234 | 200,000 | 12,608 | 200,000 |
| 31 |  | 1,600 | 0 | 0 | 27,321 | 200,000 | 2,081 | 200,000 |

The last year of death benefit under guaranteed assumptions will be certificate year 27, under current assumptions will be certificate year 41, and under average assumptions will be certificate year 32.

Current benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the company. Actual results may be more or less favorable.

I have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____

Owner/Applicant Signature                    Date


Presented By:     Trustmark Insurance Company
                  400 Field Drive
                  Lake Forest, IL 60045
                  (800) 918-8877


03 25 15

LIFE INSURANCE ILLUSTRATION
TRUSTMARK INSURANCE COMPANY
TRUSTMARK PROTECTOR
FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL-899)

PREPARED FOR: CORY GORMAN

NARRATIVE SUMMARY

TRUSTMARK PROTECTOR is a flexible premium adjustable life insurance certificate. This certificate, which offers flexible premiums, flexible cash values and flexible death benefits, utilizes the "Universal Life" concept. Premiums and death benefits are payable to age 100.

RIDERS INCLUDED

HOME HEALTH AND LONG TERM CARE BENEFIT
Provides a living benefit for a Medically Necessary stay in a qualified Long Term Care Facility or for Medically Necessary Home Health and Adult Day Care.

BENEFIT RESTORATION AND EXTENSION OF BENEFITS – HHC
Restores certificate values which were reduced when benefits were paid and extends benefits payable under the Home Health and Long Term Care Benefit.

PAGE 1 OF 6

03 25 15

**LIFE INSURANCE ILLUSTRATION**
TRUSTMARK INSURANCE COMPANY
TRUSTMARK PROTECTOR
FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL-899)

PREPARED FOR: CORY GORMAN

NARRATIVE SUMMARY

DEFINITIONS OF IMPORTANT TERMS AND COLUMN HEADINGS

CLIENT'S CLASS:     This illustration assumes the insured is classified as MALE
                    NONSMOKER with a 1.050 rating factor.

AGE: The covered individual's age as of the last birthday at the issue date of the benefit or rider.

YR: The certificate year or duration since issue of the certificate.

PREMIUM OUTLAY: The total premium assumed to be paid each certificate year. There is no fixed premium requirement, but there are upper and lower premium limits. The following premiums are based on the illustrated coverage amount at issue; later changes to the certificate's benefits, whether illustrated or not, may alter the certificate's premium limits.

The Payment mode for the certificate is SEMI-MONTHLY (24).

    The Initial Modal Premium is     66.65
    The Initial Modal Minimum Premium is  63.65

Premiums are assumed to be paid at the beginning of each modal period.

CASH VALUE: Equals the Accumulated Value less the Surrender Charge less any Indebtedness.

PAGE 2 OF 6
03 25 15

# LIFE INSURANCE ILLUSTRATION
## TRUSTMARK INSURANCE COMPANY
### TRUSTMARK PROTECTOR

FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL-899)

PREPARED FOR: CORY GORMAN

NARRATIVE SUMMARY

ACCUMULATED VALUE: On the Certificate Date this equals the net premium received less the Monthly Deduction. On each Monthly Deduction day after the Certificate Date, this equals the Accumulated Value as of the last deduction date, plus interest earned for the month, plus net premiums paid, less Partial Surrenders, less the Monthly Deduction.

DEATH BENEFIT: If you have chosen Death Benefit Option A, the Death Benefit Amount will be the greater of the Face Amount on the date of death or the Minimum Death Benefit shown in the Minimum Death Benefit Table in the Certificate. If you have chosen Death Benefit Option B, the Death Benefit Amount will be the greater of the Face Amount plus the Accumulated Value on the date of death or the Minimum Death Benefit as shown in the Minimum Death Benefit Table in the Certificate.

GUARANTEED CHARGES AND INTEREST AT 4.00%: The Accumulated Value, Cash Value, and Death Benefit in this section assume that the maximum charges apply and the lowest interest rates are credited for all projected years. The amount charged for life insurance coverage is limited to the maximum amount per $1,000 of coverage amount printed in the certificate. The interest rate credited on the Accumulation Value for "nonloaned value" is guaranteed never to be less than 4.00% annually.

CURRENT NON-GUARANTEED CHARGES AND CURRENT INTEREST OF 4.25%
The Accumulated Value, Cash Value, and Death Benefit in this section are not guaranteed. They assume that the current charges for life insurance coverage and the illustrated interest rates will apply for all years shown. This is not likely to occur. The assumptions on which these values are based are subject to change by the company. Actual results may be more or less favorable.

In certificate Years 11-15, and 16 and thereafter, the current interest rate is illustrated with an additional .50%, 1.00%, respectively.

The Company currently charges less for life insurance coverage than the maximum amount per $1,000 printed in the certificate and credits a higher interest rate than the minimum guaranteed rates.

GENERAL INFORMATION

NON-GUARANTEED VALUES
This illustration assumes that the currently illustrated non-guaranteed elements will continue unchanged for all years shown. This is not likely to occur, and actual results may be more or less favorable than those shown.

03 25 15                                        PAGE 3 OF 6

**LIFE INSURANCE ILLUSTRATION**
TRUSTMARK INSURANCE COMPANY
TRUSTMARK PROTECTOR
FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL−899)

PREPARED FOR: CORY GORMAN

NARRATIVE SUMMARY

Cash Values, Accumulated Values, and Death Benefits are assumed to be paid out at the end of the year.

This illustration describes values and benefits if premiums are paid on the date, and in the amounts shown on the tabular detail, assuming indicated interest and insurance cost.

This illustration complies with the definition of life insurance in I.R.C. Sec. 7702. The tax status of the certificate, as it applies to the certificate owner, should be reviewed each year. This illustration is not to be relied on for tax advice. Your personal legal and tax advisors should always be consulted.

The information in this illustration is subject to the terms and requirements of the certificate.

THIS ILLUSTRATION WAS PREPARED FOR PRESENTATION IN FLORIDA.

03 25 15                                                    PAGE 4 OF 6

**LIFE INSURANCE ILLUSTRATION**
TRUSTMARK INSURANCE COMPANY
FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL-899)

PREPARED FOR: CORY GORMAN                    CERTIFICATE NO: JT1158
MALE AGE 39 NONSMOKER                        OPTION A LEVEL DEATH BENEFIT

END OF YEAR PROJECTED VALUES - NUMERIC SUMMARY

| | | | Guaranteed Cost of Insurance and Guaranteed Interest at GI % | | Current Cost of Insurance and Current Interest at 4.25 % | | Average of Guaranteed and Current Cost of Insurance and 4.13 % Interest | |
|---|---|---|---|---|---|---|---|---|
| Yr | Age | Premium Outlay | Cash Value | Death Benefit | Cash Value | Death Benefit | Cash Value | Death Benefit |
| 5 | 44 | 1,600 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 |
| 10 | 49 | 1,600 | 3,040 | 200,000 | 4,550 | 200,000 | 3,792 | 200,000 |
| 20 | 59 | 1,600 | 7,276 | 200,000 | 19,234 | 200,000 | 12,608 | 200,000 |
| 31 | | 1,600 | 0 | 0 | 27,321 | 200,000 | 2,081 | 200,000 |

The last year of death benefit under guaranteed assumptions will be certificate year 27, under current assumptions will be certificate year 41, and under average assumptions will be certificate year 32.

Current benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the company. Actual results may be more or less favorable.

I have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____

Owner/Applicant Signature Date

Presented By:    Trustmark Insurance Company
                 400 Field Drive
                 Lake Forest, IL 60045
                 (800) 918-8877

This is an illustration, not a contract, and is not complete without all pages.

PAGE 5 OF 6
03 25 15

**LIFE INSURANCE ILLUSTRATION**
TRUSTMARK INSURANCE COMPANY

TRUSTMARK PROTECTOR
FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE (FORM NO. GUL-899)

PREPARED FOR: CORY GORMAN                           INITIAL SPECIFIED AMT: 200,000
MALE AGE 39 NONSMOKER                                OPTION: A: LEVEL DEATH BENEFIT

### END OF YEAR PROJECTED VALUES - TABULAR DETAIL

| | | | GUARANTEED | | | NON-GUARANTEED | | |
|---|---|---|---|---|---|---|---|---|
| | | | GUARANTEED CHARGES AND GUARANTEED INTEREST OF 4.00 % | | | CURRENT CHARGES AND CURRENT INTEREST OF 4.25 % | | |
| AGE | YR | Premium Outlay | Cash Value | Accumulat-ed Value | Death Benefit | Cash Value | Accumulated Value | Death Benefit |
| 40 | 1 | 1,600 | 0 | 599 | 200,000 | 0 | 752 | 200,000 |
| 41 | 2 | 1,600 | 0 | 1,182 | 200,000 | 0 | 1,463 | 200,000 |
| 42 | 3 | 1,600 | 0 | 1,741 | 200,000 | 0 | 2,153 | 200,000 |
| 43 | 4 | 1,600 | 0 | 2,275 | 200,000 | 0 | 2,818 | 200,000 |
| 44 | 5 | 1,600 | 0 | 2,781 | 200,000 | 0 | 3,450 | 200,000 |
| 45 | 6 | 1,600 | 0 | 3,255 | 200,000 | 169 | 4,046 | 200,000 |
| 46 | 7 | 1,600 | 134 | 3,862 | 200,000 | 922 | 4,649 | 200,000 |
| 47 | 8 | 1,600 | 968 | 4,447 | 200,000 | 1,728 | 5,207 | 200,000 |
| 48 | 9 | 1,600 | 2,021 | 5,003 | 200,000 | 3,137 | 6,119 | 200,000 |
| 49 | 10 | 1,600 | 3,040 | 5,525 | 200,000 | 4,550 | 7,035 | 200,000 |
| 54 | 15 | 1,600 | 7,618 | 7,618 | 200,000 | 12,595 | 12,595 | 200,000 |
| 59 | 20 | 1,600 | 7,276 | 7,276 | 200,000 | 19,234 | 19,234 | 200,000 |
| 64 | 25 | 1,600 | 2,241 | 2,241 | 200,000 | 25,357 | 25,357 | 200,000 |
| 69 | 30 | 1,600 | 0 | 0 | 0 | 27,557 | 27,557 | 200,000 |
| 74 | 35 | 1,600 | 0 | 0 | 0 | 23,662 | 23,662 | 200,000 |
| 79 | 40 | 1,600 | 0 | 0 | 0 | 5,434 | 5,434 | 200,000 |
| 84 | 45 | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 89 | 50 | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 94 | 55 | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99 | 60 | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100 | 61 | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 |

Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the Company. Actual results may be more or less favorable.

This is an illustration, not a contract, and is not complete without all pages.

# BUYER SATISFACTION SURVEY

Dear Customer:

To help us maintain the level of service our customers deserve, would you please take a few minutes to complete this brief survey and drop it in the mail in the enclosed postage paid envelope.

Thank you in advance from your Trustmark Customer Service area. If you have any questions, please call us at (800) 918-8877.

Sincerely,
Customer Service Department

**NOTE**: Your name will not be added to any mailing lists if you answer this survey. You will not be called unless you request information or service.

...................................................................................................................................

## Please detach and mail. Thank you for your time.

1.     Reasons I bought Life insurance (check all that apply):
____     Family protection/funeral expenses
____     Living Benefits (Terminal Illness, Long Term Care)
____     Savings for college
____     Investment
____     Other _____

2.     Did you cancel or change another life insurance policy to buy this one?
    ____ yes ____ no

3.     How was your Trustmark policy purchased:
____     From a benefits counselor in an enrollment session at work
____     During enrollment of all my benefit choices
____     During my employer's benefits review session
____     From my spouse's counselor at work
____     Other: _____

4.     Was your Trustmark Life Insurance explained when you enrolled? ____yes ____no
    Did you receive descriptive materials? _____ yes _____ no
    Were they helpful to you? _____ yes _____ no

5.     Please tell us about your experience:

_____

_____

6.     What questions, if any, do you have about your life insurance policy?

_____

_____

7.     What action could we take that would satisfy any concerns you have?

_____

_____

Policy Number: JT1158

Your Name: _____

Your Phone Number: _____ Best Time to Call: _____AM ____ PM

Your Employer's Name: _____

LIFE-SURVEY