# EXHIBIT G

**Trustmark**
## Voluntary Benefit Solutions
A Division of Trustmark Insurance Company

Phone: (800) 918-8877 option 6
Fax: (847) 615-4943
Hours: Monday – Thursday 7:00am to 7:00pm CST
Friday 7:00am to 6:00pm CST
Email: CustomerCare@trustmarksolutions.com
Website: www.trustmarksolutions.com

### BENEFICIARY DESIGNATION FORM

Insured's Name: CORY GORMAN
Social Security Number of Insured: 334-66-07*2*

Owner of Policy: Cory Gorman
Policy/Certificate Number: JZ 6338

- All beneficiary designations on the Policy/Certificate made prior to this date are revoked.
- If multiple parties are designated as beneficiaries and there are no instructions, proceeds will be paid equally or to the survivors.
- The beneficiary or beneficiaries of the Policy/Certificate from this date shall be as follows:

**Please note the primary beneficiary percentages must add up to 100%.**
**In addition, the contingent beneficiary percentages must also add up to 100%.**

| BENEFICIARY (Last, First, M.I.) | Beneficiary Type | % | Relationship to Insured | Date of Birth |
|---|---|---|---|---|
| GORMAN, SANDRA | ☒ Primary ☐ Contingent | 50 | MOTHER | /41 |
| Address 11705 BAY BREEZE CT. WELLINGTON FL 33414 | Phone# 561 792 0404 | | Social Security # -4081 | |
| GORMAN, BRETT | ☒ Primary ☐ Contingent | 50 | BROTHER | /65 |
| Address 112 VIA AZUARA JUPITER FL 33458 | Phone# 561-662-5505 | | Social Security # -1619 | |
| | ☐ Primary ☐ Contingent | | | |
| Address | Phone# | | Social Security # | |
| | ☐ Primary ☐ Contingent | | | |
| Address | Phone# | | Social Security # | |

Any Policy/Certificate provision which requires endorsement of a beneficiary change on the Policy/Certificate form is deleted by mutual agreement of the owner and the company. The beneficiary may be changed at any time during the insured's lifetime by written request satisfactory to the company. Such change will be binding on the company only when received at its home office, but when received shall take effect as the date it was signed by the Owner, subject to any action taken or payment made by the company before receipt and regardless of whether or not the Insured is living on the date of receipt.

This designation is made subject to all other terms and conditions of the Policy/Certificate and any assignments on record with the company.

X _[signature]_ Cory Gorman
Owner Signature

Date 9/27/16

X _____
Spouse Signature Community Property
States (AZ, CA, ID, LA, NV, NM, TX, WA, WI)

Date

P684-19

SEP 28 2016

Cory Gorman

11705 Bay Breeze Court

Wellington, FL. 33414

561-313-5000

# FAX

# ATTN: Trustmark Voluntary Benefit Solutions

## C/o Beneficiary Designation Form

| To: | Trustmark Voluntary Benefit Solutions | From: | Cory Gorman |
|---|---|---|---|
| Fax: | 847-615-4943 | Date: | September 27, 2016 |
| Phone: | | Pages: | 3 including cover page |
| Re: | | CC: | |

•Comments:

Here are the two forms for Trustmark to change the beneficiaries and percentages on my two accounts, JT 1158 and JZ6338. I was told to send them in for the changes to be made and then please send me confirmation that the changes were made. Any questions, please call me

*[signature]*

Cory

*Total number of pages includes the cover page

SEP 28 2016