# EXHIBIT H

# BENEFICIARY DESIGNATION FORM

Insured's Name: **CORY GORMAN**
Last 4 digits of Insured's Social Security Number: **0712**
Policy Owner: **CORY GORMAN**
Policy/Certificate Number: **JT1158; JZ6338**

Please note the Primary Beneficiary percentages must add up to 100%.
In addition, the Contingent Beneficiary percentages must also add up to 100%.
The Beneficiary or Beneficiaries of the Policy/Certificate from this date shall be as follows:

| BENEFICIARY (Last, First, M.I.) | Beneficiary Type | % | Relationship to Insured | Date of Birth |
|---|---|---|---|---|
| KOMORSKY, MARC | ☒ Primary ☐ Contingent | 100 | COUSIN | 60 |
| Address: 24 MICHAELS LANE POUGHKEEPSIE, NY 12603 | | Phone#: 845-454-9196 | | Social Security #: 2139 |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |

I understand that by signing and submitting this form, I represent that I am the true owner of the Policy identified above and I have capacity to make these decisions. I understand that any fraudulent signatures or submissions will be subject to legal action.

X _Cory Gorman_ signature    Date **2/29/24**
Owner Signature

X _____    Date _____
Spouse Signature
(required in Community Property States AZ, CA, ID, LA, NV, NM, TX, WA, WI)

If you choose to communicate with Trustmark Insurance by email, we strongly encourage you to use secure email when sending sensitive and/or confidential information to ensure your information is safeguarded.