# EXHIBIT N

# RICHARD J. MONESCALCHI, P. A.

Attorney at Law
400 Binks Forest Drive, Suite 120
Wellington, FL 33414
Telephone: (561) 968-7877
Facsimile: (561) 228-0634
Richard@RJMAttorney.com

Member Florida Bar since 1984
Member New York Bar 1979-2018

July 2, 2025

Trustmark Insurance Company
P.O. Box 7937
Lake Forest, IL 60045-7937

      RE:         Estate of Cory Gorman, deceased
      Policy No.  JT1158 & JZ6338

Dear Sirs/Madames:

      The undersigned represents Brett Gorman, the Personal Representative of the Estate of Cory Gorman. My office previously provided by letter dated June 26, 2025 certified copies of the Order Appointing Personal Representative as well as the Letters of Administration.

      After reviewing the decedent's paperwork we found two change of beneficiary forms, both dated February 29, 2024. One of the change of beneficiary forms has Marc Komorsky, decedent's cousin, as the only beneficiary and the other change of beneficiary form has Marc Komorsky and decedent's mother Sandra Gorman named as 50/50 beneficiaries. The conflicting change of beneficiary forms is a concern because they are dated exactly the same and we would like to know if both forms were received by Trustmark. Obviously, this paperwork has caused confusion and could result in the filing of a lawsuit.

      Secondly, we have enclosed your letter of June 20, 2025 indicating a change in coverage. Please advise of the date that you received the request for this change in coverage from the decedent as the decedent passed away on June 2.

      We look forward to your timely response.

      Thank you for your attention to this matter

                                      Very truly yours,

                                      *Richard J. Monescalchi*
                                  RICHARD J. MONESCALCHI, ESQ.

RJM/vd

                                                **JUL 11 2025**

# BENEFICIARY DESIGNATION FORM

Insured's Name: CORY GORMAN   Last 4 digits of Insured's Social Security Number: 0712

Policy Owner: CORY GORMAN   Policy/Certificate Number: JT1158; JZ6338

Please note the Primary Beneficiary percentages must add up to 100%.
In addition, the Contingent Beneficiary percentages must also add up to 100%.
The Beneficiary or Beneficiaries of the Policy/Certificate from this date shall be as follows:

| BENEFICIARY (Last, First, M.I.) | Beneficiary Type | % | Relationship to Insured | Date of Birth |
|---|---|---|---|---|
| KOMORSKY, MARC | ☒ Primary ☐ Contingent | 50 | COUSIN | ▓▓/▓▓/60 |
| Address: 24 MICHAELS LANE, POUGHKEEPSIE, NY 12603 | | Phone# 845-454-9196 | | Social Security # ▓▓▓-▓▓-2139 |
| GORMAN, SANDRA | ☒ Primary ☐ Contingent | 50 | MOTHER | ▓▓/▓▓/41 |
| Address: 11705 BAY BREEZE COURT, WELLINGTON FL. 33414 | | Phone# 561-767-7202 | | Social Security # ▓▓▓-▓▓-4081 |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |
| | ☐ Primary ☐ Contingent | | | |
| Address | | Phone# | | Social Security # |

I understand that by signing and submitting this form, I represent that I am the true owner of the Policy identified above and I have capacity to make these decisions. I understand that any fraudulent signatures or submissions will be subject to legal action.

X _[signature]_   Date 2/29/24
Owner Signature

X _____   Date _____
Spouse Signature
(required in Community Property States AZ, CA, ID, LA, NV, NM, TX, WA, WI)

JUL 11 2025

If you choose to communicate with Trustmark Insurance by email, we strongly encourage you to use an encrypted email when sending sensitive and/or confidential information to ensure your information is safeguarded.



**benefits beyond benefits**

PO Box 7937
Lake Forest, IL 60045-7937

Phone: (800) 918-8877
Fax: (847) 615-4943
Email: CustomerCare@trustmarkbenefits.com
Website: TrustmarkVB.com

## BENEFICIARY DESIGNATION FORM

- All Beneficiary designations on the Policy/Certificate made prior to this date are revoked.
- If multiple parties are designated as Beneficiaries and there are no instructions, proceeds will be paid equally to the survivors.

### Terms to Know

**Insured:** The person whose life is insured under the Policy (Policy Owner, Policy Owner's spouse, child, grandchild, stepchild, legal adopted child, etc.).

**Policy/Certificate:** Collectively refers to all documents outlining the terms of the insurance contract.

**Policy Owner:** You/your name

**Company:** Trustmark Voluntary Benefits

**Beneficiary:** The person/s receiving the death benefit payout following the death of the Insured.

**Primary Beneficiary:** The first person (or persons) in line to receive the benefit payout from the insurance Policy. (They may receive 100% of the benefits or a certain percentage.)

**Contingent Beneficiary:** The second person (or persons) in line to receive the benefit payout from the insurance Policy. This person (or persons) may receive the benefits if the Primary Beneficiary (or Beneficiaries) is ineligible.

**Example 1:**

Primary Beneficiary 1:    50%

Primary Beneficiary 2:    50%

Contingent Beneficiary:  100%

**Example 2:**

Primary Beneficiary 1:      100%

Contingent Beneficiary 1:  50%

Contingent Beneficiary 2:  50%

Any Policy/Certificate provision which requires endorsement of a Beneficiary change on the Policy/Certificate form is removed by mutual agreement of the Policy Owner and the Company. The Beneficiary may be changed at any time during the Insured's lifetime by written request satisfactory to the Company. Such change will only be binding on the Company when received at its home office and approved by the Company. However, once approved, the designation shall take effect as of the date it was signed by the Policy Owner, unless any payment was made or action was taken by the Company before receipt and approval and regardless of whether or not the Insured is living on the date of receipt.

This designation is made subject to all other terms and conditions of the Policy/Certificate and any assignments on record with the Company.

JUL 11 2025

P684-19-5-22

# BENEFICIARY DESIGNATION FORM

Insured's Name: **CORY GORMAN**  Last 4 digits of Insured's Social Security Number **0712**

Policy Owner: **CORY GORMAN**  Policy/Certificate Number: **JT1158; JZ6338**

Please note the Primary Beneficiary percentages must add up to 100%.
In addition, the Contingent Beneficiary percentages must also add up to 100%.
The Beneficiary or Beneficiaries of the Policy/Certificate from this date shall be as follows:

| BENEFICIARY (Last, First, M.I.) | Beneficiary Type | % | Relationship to Insured | Date of Birth |
|---|---|---|---|---|
| Komorsky, Marc | ☒ Primary ☐ Contingent | 100 | Cousin | ▓▓/▓▓/60 |
| Address: 24 Michaels Lane, Poughkeepsie, NY 12603 | | Phone# 845-454-9196 | | Social Security # 2139 |
| BENEFICIARY (Last, First, M.I.) | Beneficiary Type ☐ Primary ☐ Contingent | % | Relationship to Insured | Date of Birth |
| Address | | Phone# | | Social Security # |
| BENEFICIARY (Last, First, M.I.) | Beneficiary Type ☐ Primary ☐ Contingent | % | Relationship to Insured | Date of Birth |
| Address | | Phone# | | Social Security # |
| BENEFICIARY (Last, First, M.I.) | Beneficiary Type ☐ Primary ☐ Contingent | % | Relationship to Insured | Date of Birth |
| Address | | Phone# | | Social Security # |
| BENEFICIARY (Last, First, M.I.) | Beneficiary Type ☐ Primary ☐ Contingent | % | Relationship to Insured | Date of Birth |
| Address | | Phone# | | Social Security # |
| BENEFICIARY (Last, First, M.I.) | Beneficiary Type ☐ Primary ☐ Contingent | % | Relationship to Insured | Date of Birth |
| Address | | Phone# | | Social Security # |
| BENEFICIARY (Last, First, M.I.) | Beneficiary Type ☐ Primary ☐ Contingent | % | Relationship to Insured | Date of Birth |
| Address | | Phone# | | Social Security # |

I understand that by signing and submitting this form, I represent that I am the true owner of the Policy identified above and I have capacity to make these decisions. I understand that any fraudulent signatures or submissions will be subject to legal action.

X _[signature: Cory Gorman]_  Date **2/29/24**
Owner Signature

X _____  Date _____
Spouse Signature
(required in Community Property States AZ, CA, ID, LA, NV, NM, TX, WA, WI)

JUL 11 2025

If you choose to communicate with Trustmark Insurance by email, we strongly encourage you to use an encrypted email when sending sensitive and/or confidential information to ensure your information is safeguarded.



**Trustmark**
benefits beyond benefits

PO Box 7937
Lake Forest, IL 60045-7937

Phone: (800) 918-8877
Fax: (847) 615-4943
Email: CustomerCare@trustmarkbenefits.com
Website: TrustmarkVB.com

## BENEFICIARY DESIGNATION FORM

- All Beneficiary designations on the Policy/Certificate made prior to this date are revoked.
- If multiple parties are designated as Beneficiaries and there are no instructions, proceeds will be paid equally to the survivors.

### Terms to Know

**Insured:** The person whose life is insured under the Policy (Policy Owner, Policy Owner's spouse, child, grandchild, stepchild, legal adopted child, etc.).

**Policy/Certificate:** Collectively refers to all documents outlining the terms of the insurance contract.

**Policy Owner:** You/your name

**Company:** Trustmark Voluntary Benefits

**Beneficiary:** The person/s receiving the death benefit payout following the death of the Insured.

**Primary Beneficiary:** The first person (or persons) in line to receive the benefit payout from the insurance Policy. (They may receive 100% of the benefits or a certain percentage.)

**Contingent Beneficiary:** The second person (or persons) in line to receive the benefit payout from the insurance Policy. This person (or persons) may receive the benefits if the Primary Beneficiary (or Beneficiaries) is ineligible.

### Example 1:

Primary Beneficiary 1: 50%

Primary Beneficiary 2: 50%

Contingent Beneficiary: 100%

### Example 2:

Primary Beneficiary 1: 100%

Contingent Beneficiary 1: 50%

Contingent Beneficiary 2: 50%

Any Policy/Certificate provision which requires endorsement of a Beneficiary change on the Policy/Certificate form is removed by mutual agreement of the Policy Owner and the Company. The Beneficiary may be changed at any time during the Insured's lifetime by written request satisfactory to the Company. Such change will only be binding on the Company when received at its home office and approved by the Company. However, once approved, the designation shall take effect as of the date it was signed by the Policy Owner, unless any payment was made or action was taken by the Company before receipt and approval and regardless of whether or not the Insured is living on the date of receipt.

This designation is made subject to all other terms and conditions of the Policy/Certificate and any assignments on record with the Company.

JUL 11 2025

P684-19-5-22

# Trustmark
benefits beyond benefits

Po Box 7937
Lake Forest IL 60045-7937

June 20, 2025

0000203    SP    3077    -C01-P00203-I

Cory S Gorman
11705 Bay Breeze Ct
Wellington FL 33414

Account Number:  NC08820
Policy Number:   JZ6338
Insured:         Cory Gorman

Dear Cory,

We wanted to thank you for being a valuable customer of Trustmark. We care about making sure people are protected from the unexpected. It's what we do.

Your request for change(s) in coverage has been approved.

I am enclosing a Letter of Confirmation / Notification, which reflects the change made. Please attach this to your policy for your records.

We care about you and your wellbeing, and at Trustmark we're committed to going above and beyond to meet your needs. For any questions, please contact our Customer Care representatives at (800) 918-8877 or you may email us at CustomerCare@trustmarkbenefits.com.

Sincerely,

**Customer Care - Voluntary Benefits**
**Trustmark Insurance Company**

SC7

JUL 11 2025

**Trustmark**
benefits beyond benefits

Po Box 7937
Lake Forest IL 60045-7937

## LETTER OF CONFIRMATION / NOTIFICATION

POLICY: JZ6338
INSURED: Cory Gorman

This Policy is changed as follows:

Per your request, Andrea Komorsky has been authorized to receive information regarding the above listed policy.

This Letter of Confirmation / Notification will be effective June 20, 2025. Except as stated herein, this Letter of Confirmation / Notification will not change any of the terms or provisions of the Policy.

Trustmark Insurance Company

*Kathleen A. Sweitzer* (signature)

Kathleen A. Sweitzer
General Counsel And Corporate Secretary

JUL 11 2025