**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

TRUSTMARK LIFE INSURANCE
COMPANY,
     Plaintiff,

v.

BRETT GORMAN, MARC KOMORSKY,
AND DOES 1-10,
     Defendants.

_____/

CASE NUMBER: 9:2025cv80965

JUDGE: Donald M. Middlebrooks

FILED BY _____ D.C.

SEP 0 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DEFENDANT'S ANSWER TO COMPLAINT FOR INTERPLEADER

    Defendant, BRETT GORMAN, pro se, files this Answer to the Complaint for Interpleader and states as follows:

1.    The allegations contained in paragraph 1 are admitted.

2.    The allegations contained in paragraph 2 are admitted.

3.    The allegations contained in paragraph 3 are admitted.

4.    The allegations contained in paragraph 4 are admitted except that Brett Gorman does not currently reside in Willington (sic).

5.    The allegations contained in paragraph 5 are admitted.

6.    The allegations contained in paragraph 6 are denied.

7.    The allegations contained in paragraph 7 are admitted.

8.    The allegations contained in paragraph 8 are admitted.

9.    The allegations contained in paragraph 9 are admitted.

10.    The allegations contained in paragraph 10 are admitted.

11.    The allegations contained in paragraph 11 are admitted.

12.    The allegations contained in paragraph 12 are admitted.

13.    The allegations contained in paragraph 13 are admitted.

14.    The allegations contained in paragraph 14 are admitted.

15.  The Defendant is without knowledge of the allegations contained in paragraph 15 and therefore denies same.

16.  The allegations contained in paragraph 16 are admitted.

17.  The allegations contained in paragraph 17 are admitted, however the Exhibit G demonstrates as per the cover letter from the decedent that two forms were submitted, one for the critical illness policy and one for the life estate policy. The exhibit only attaches the change of beneficiary form for the critical illness policy.

18.  The Defendant is without knowledge of the allegations contained in paragraph 18 and therefore denies same.

19.  The allegations contained in paragraph 19 are admitted.

20.  The Defendant is without knowledge of the allegations contained in paragraph 20 and therefore denies same.

21.  The Defendant is without knowledge of the allegations contained in paragraph 21 and therefore denies same.

22.  The allegations contained in paragraph 22 are admitted.

23.  The Defendant is without knowledge of the allegations contained in the first sentence of paragraph 23 and therefore denies same and admits the remaining allegations set forth in paragraph 23.

24.  The Defendant is without knowledge of the allegations contained in paragraph 24 and therefore denies same.

25.  The allegations contained in paragraph 25 are admitted.

26.  The Defendant admits to the allegation in paragraph 26 that a telephone call occurred but denies all remaining allegations set forth in paragraph 26.

27.  The Defendant is without knowledge of the allegations contained in paragraph 27 and therefore denies same.

28.  The allegations contained in paragraph 28 are admitted.

29.  The allegations contained in paragraph 29 are admitted.

30.  The allegations contained in paragraph 30 are admitted.

31.     The allegations contained in paragraph 31 are admitted.

32.     The allegations contained in paragraph 32 are admitted.

33.     The allegations contained in paragraph 33 are admitted.

34.     The Defendant is without knowledge of the allegations contained in paragraph 34
        and therefore denies same.

35.     The allegations contained in paragraph 35 are admitted.

36.     The allegations contained in paragraph 36 are admitted and denied as set forth
        above in the Answer to this Complaint.

37.     The allegations contained in paragraph 37 are admitted.

38.     The allegations contained in paragraph 38 are admitted.

39.     The allegations contained in paragraph 39 are admitted.

40.     The allegations contained in paragraph 40 are admitted.

41.     The allegations contained in paragraph 41 are admitted.

42.     The allegations contained in paragraph 42 are admitted.

43.     The allegations contained in paragraph 43 are admitted.

44.     The allegations contained in paragraph 44 are admitted.

45.     The allegations contained in paragraph 45 are admitted.

46.     The allegations contained in paragraph 46 are admitted.

47.     The allegations contained in paragraph 47 are admitted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via
the efiling portal to: Traci T. McKee, Esq., at Traci.mckee@faegredrinker.com and
Amy.catena@faegredrinker.com on  this 4th day of September 2025.

_____
Brett Gorman, Defendant
1808 S Australian Ave
West Palm Beach, FL 33409
Email: brettgorman112@gmail.com
Tel.: 561-662-5505