UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO:   25-CV-80965

TRUSTMARK LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

BRETT GORMAN, MARC KOMORSKY,
And DOES 1-10,

    Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW Charles D. Thomas, Esq., of Thompson & Thomas, PA, and Kenneth D. Lemoine, Esq., of Kenneth Lemoine, PA and hereby files their appearance as Co-counsel for the Defendant, BRETT GORMAN in the above styled matter and you are hereby requested to furnish the undersigneds' offices with copies of all future pleadings, motions, notices, correspondences, etc. in this cause.

    Respectfully submitted,

Thompson & Thomas, PA
1801 Indian Road, Suite 100
West Palm Beach, FL 33409
(561) 651-4150 - Telephone
Lawyers@TNTlegal.com
Co-Counsel for Defendant

  /s/Charles D. Thomas
Charles D. Thomas, Esq.
Florida Bar No.:   190896

        Kenneth D. Lemoine, P.A.
        1801 Indian Road, Suite 100
        West Palm Beach, FL 33409
        (561) 833-9090
        Ken@lemoinelegal.com
        Co-Counsel for Defendant

        */s/Kenneth D. Lemoine*
        Kenneth D. Lemoine, Esq.
        Florida Bar No.:   87963

## Certificate of Service

It is hereby certified that on the 17th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specific, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

        /s/*Charles D. Thomas*
        Charles D. Thomas

## **SERVICE LIST**

Case No.:   2025CV80965

Traci T. McKee, Esq.
Florida Bar No.:   53088
Faegre Drinker Biddle & Reath, LLP
1500 Jackson Street, Suite 201
Fort Myers, FL 33901
(239) 286-6900 – Telephone
Traci.mckee@faegredrinker.com;
Amy.catena@faegredrinker.com
Counsel for Plaintiff

Charles D. Thomas, Esq.,
Florida Bar No.:   190896
Thompson & Thomas, PA
1801 Indian Road, Suite 100
West Palm Beach, FL 33409
(561) 651-4150 - Telephone
Lawyers@tntlegal.com
service@tntlegal.com
Co-Counsel for Defendant, Brett Gorman

Kenneth D. Lemoine, Esq.
Florida Bar No.:   87963
Kenneth D. Lemoine, P.A.
1801 Indian Road, Suite 100
West Palm Beach, FL 33409
(561) 833-9090
Ken@lemoinelegal.com
Co-Counsel for Defendant, Brett Gorman