UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PLAM BEACH DIVISION

TRUSTMARK LIFE INSURANCE COMPANY,

    Plaintiff,

v.

BRETT GORMAN, MARC KOMORSKY,
AND DOES 1-10,

    Defendants.

_____/

Case No. 9:25-cv-80965-DMM

**DEFENDANT MARC KOMORSKY'S ANSWER**

## DEFENDANT'S ANSWER TO COMPLAINT FOR INTERPLEADER

Defendant, Marc Komorsky ("Komorsky") by and through his attorneys, files this Answer to the Complaint for Interpleader and states as follows:

1. Admits the allegations contained in paragraph 1.

## PARTIES

2. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 2.

3. Denies knowledge or information sufficient to form a belief as the allegations contained in paragraph 3.

4. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 6.

## JURISDICTION AND VENUE

7. Admits the allegations contained in paragraph 7.

8. Admits the allegations contained in paragraph 8.

9. Admits the allegations contained in paragraph 9.

10. Admits the allegations contained in paragraph 10.

11. Admits the allegations contained in paragraph 11.

12. Admits the allegations contained in paragraph 12.

13. Admits the allegations contained in paragraph 13.

14. Admits the allegations contained in paragraph 14.

15. Denies knowledge of the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16.

17. Denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 17.

18. Admits the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19.

20. Admits the allegations contained in paragraph 20.

21. Admits the allegations contained in paragraph 21.

22. Admits the allegations contained in paragraph 22.

23. Admits the allegations contained in paragraph 23.

24. Admits the allegations contained in paragraph 24.

25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint.

26. Denies knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph 26.

27. Admits the allegations contained in paragraph 27.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29.

30. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30.

31. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31.

32. Admit that Trustmark has not yet processed the claims or remitted the Policies' benefits to Komorsky and denies the remaining allegations in paragraph 32.

33. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.

34. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34.

35. Admits that Trustmark asks that this Court determine the proper recipients of the benefits under the Policies and denies knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 35.

## **COUNT I**

36. Komorsky hereby incorporates by reference each of the preceding paragraphs of this Answer as though fully set forth herein.

37. Denies knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph 37.

38. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38.

39. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39.

40. Admits that Trustmark claims no title or interest in the Policies' benefits and denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40.

41. Admits the allegations contained in paragraph 41.

42. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.

43. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43.

44. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44.

45. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45.

46. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26.

47. Admits the Complaint was not filed in collusion with Komorsky and denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47.

**RELIEF REQUESTED**

Admits that Trustmark requests the relief stated in (a)-(f)

        Respectfully Submitted,

        LETO LAW FIRM
        By: /s/ Matthew P. Leto
        Matthew P. Leto
        Florida Bar No. 104504
        mleto@letolawfirm.com
        201 S. Biscayne Blvd.
        Suite 2700
        Miami, FL
        P: (305) 341-3155

        THE ROTH LAW FIRM, PLLC
        By: *Richard Roth* (phv to be filed)
        Richard A. Roth.
        rich@rrothlaw.com
        295 Madison Ave., Fl. 22
        New York, NY 10017
        T: (212) 542-8882

**CERTIFICATE OF SERVICE**

We hereby certify that the foregoing document was served on September 23, 2025 on all counsel of record via ECF.

        /s/ Matthew P. Leto
        MATTHEW P. LETO